JAN 12 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS ANGEL LEBRON,
    Plaintiff,
VS.

COMMISSIONER JOHN ARMSTRONG,      CASE NO. 3:01CV241 (CFD)

et al.,

    Defendant(s).

## AFFIDAVIT OF LUIS A. LEBRON

I DO solemnly declare that I have made the statements in this affidavit by my own free will and states under oath that no one threatened me nor forced me to make the statements herein this affidavit:

1. I state that throughout the filing of my Civil Action that I have had assistance in preparing my case allegations.

2. I state that throughout my Lifetime I have suffered from mental health comprehension of things that I read and try to understand. It is also under the realms of my being a slow learner. (Head injury impairment)

3. I state that I do not have the Skills to prosecute my Case to jury trial and that I want the Federal Court System to protect me and protect my rights and to please appoint to me a Lawyer to protect my rights in this instant case at barr

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Plaintiff in the above action, that he has read the above affidavit and that the information contained in the affidavit is true and correct. 28 U.S.C Section 1746; 18 U.S.C., Section 1621.

Executed at Macdougall C.I., 1153 East Street-South, Suffield, Conn., on January 6th, 2004.

    Affiant-Plaintiff
    Mr. Luis A. Lebron # 185091
    Macdougall C.I., 1153 East Street-South
    Suffield, Connecticut 06080

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS A. LEBRON, | : | PRISONER |
| V. | : | |
| COMMISSIONER JOHM ARMSTRONG, et al. | : | Case No. 3:01CV241 (CFD) |
| | : | |

NOTICE OF TO THE COURT

The attached is the Plaintiff's Sworn Affidavit in support of his Motion for Appointment of Special Attorney for the above listed action; and this cover page is the proof of Certification that all parties that are involved in the case is served a copy of these documents per rules of the Court.(See Attachment )

CERTIFICATION

I DO CERTIFY that a true and correct copy of the foregoing and the following attachments was mailed postage pre-paid to the following parties of record on January 7th, 2004 and has complied with the Rules of this Court.

To: Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Ct. 06105

Respectfully Submitted,

*Luis A. Lebron*
Mr. Luis A. Lebron # 185091          (Attachment) hereto attached
Macdougall C.I.
1153 East Street-South
Suffield, Connecticut  06080

Case No. 3:01CV241(CFD)

January 7th, 2004

-3-