UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 22 P 4: 20

LUIS LEBRON,
    Plaintiff,

CIVIL NO. 3:01-CV-241 (CFD)

vs.

COMMISSIONER JOHN ARMSTRONG, et al.
_____/

**NOTICE OF TO THE COURT-PLAINTIFF'S MOTION
FOR REHEARING ON THIS COURT'S ORDER
RETURNING SUBMISSION-AS TO THE PLAINTIFF'S
MOTION FOR APPOINTMENT OF COUNSEL AND
FIRM JURY TRIAL**

    COMES NOW, the Plaintiff, Luis Lebron, Pro se in Prayers pursuant to Local Rules of District Court, Requesting this Court to rescind from its Order dated January 6, 2004, filed January 8th, 2004, whereby this Court improperly issued an order returning submission of Motion for Counsel and for firm Jury Trial mistakenly under the assumption this case was closed when this case is not closed, and a Rehearing on this Court's recent Order is warranted, and in support thereof the Plaintiff says the following as follows:

1. In this case at bar there were two formal documents on file under this case number, 42 U.S.C., Section 1983, Civil Lawsuit and on file in this case simultaneously the Plaintiff had on file his Petition for writ of mandamus. (See this instant case docketing sheet of record, number 34-1, dated 9/29/03; and see the docketing sheet the complaint itself, filed under 42 U.S.C., Section 1983.

2. This Court in good faith Ruled, Resolved solely the Plaintiff's writ of mandamus, via ruling and order denying [34-1] Motion for Writ of Mandamus granting[41-1] Motion to Dismiss writ of mandamus, entered in this court record on September 30, 2003, [62-1]. (Appendix).

3. In severe error this court, closed this case, improperly on 9/30/2003, because three formal documents controlled this case keeping this case open; The said documents are:
(A). Ruling on Defendant's motion to Dismiss[24-1], dated 3/26/2002. (Appendix).
Re: Complaint.[3-1] dated 2/20/2001.

(B). Ruling on Order "Mandamus" [62], dated 9/29/2003...

(C). 42 U.S.C., Section 1983, the civil action complaint still on file in this case is still pending and strengthened by this Court's own Ruling dated March 26, 2003,... docket sheet proof, is seen on number [24-1]. (See the Record).

-1-

Continued....

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS A. LEBRON                       :        PRISONER

V.                                         Case No. 3:01CV241 (CFD)

                                        :

COMMISSIONER JOHN ARMSTRONG, et al.

                                        :

===

## PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AND COMBINED MOTION FOR FIRM JURY TRIAL

       **COMES NOW,** THE Plaintiff, Luis A. Lebron, pro se and in Prayers with the temporary assistance of a Law Clerk hereby moves this Honorable Court for an Order to appoint a Special Counsel in this case to protect the Plaintiff's interests and asserts the following in support thereof as follows:

1. That the existence of the injuries that the Plaintiff herein has suffered has handicapped the Plaintiff whereby he cannot see to well to read and/or write; and asserts that the presence of a medical condition of chronic and excessive pain significantly affects his daily activities.

2. The Plaintiff brings to this Court's attention that so ordered by this Court on March 25, 2002 is a ruling on the Defendant's Motion to Dismiss inwhich this Court found that the complaint sufficiently states a claim.

3. That this Court itself has stated in its order dated march 25, 2002 that crediting the allegations in the complaint, the court cannot conclude that the Plaintiff Lebron would be unable to produce evidence to support his claim that defendant Samuel's actions as to Plaintiff constituted an excessive use of force,... See, The Ruling on Defendant's Motion to Dismiss Court ordered on March 25, 2002 Page 10.

4. The Plaintiff asserts that credible substantial evidence exist that can prove the Case to the fullest are in the possession of the defendants in this case and hereby informs this court in good faith that the defendants and their Counselors of Record have refused to turn over the tangible material evidence to the Plaintiff while the Plaintiff remains in Custody of the defendants; There reasoning are that the subject Material Evidence Video Tapes of the actual incident cannot be turned over to the Plaintiff because in his pro se possession the Video Tapes are indeed ... constituted as contraband therefore denying now the Plaintiff due process of Law in violation of the U.S. Constitutional Amendment 14. (See the record).

5. The Department of Corrections Internal Affairs division has investigated the assaults, the excessive use of Force allegations interrelatedly in this Case but are also refusing to release the sensitive findings over to the pro se Plaintiff in this case:

**PRISONER, CLOSED**

## U.S. District Court
### District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:01-cv-00241-CFD
Internal Use Only

Lebron v. Armstrong, et al
Assigned to: Christopher F. Droney
Referred to: William I. Garfinkel
Demand: $52000000000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/13/01
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**
--------------------------

**Luis Angel Lebron**    represented by    **Luis Angel Lebron**
Inmate 185091
MacDougall CI
1153 East St. South
Suffield, CT 06080
PRO SE

V.

**Defendant**
--------------------------

**John J. Armstrong,** *Comm, Ind*    represented by    **Robert F. Vacchelli**
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman St.
Hartford, CT 06111
860-808-5450
Fax : 860-808-5591
Email: robert.vacchelli@po.state.ct.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Rowland,** *Gov, Ind*    represented by    **Robert F. Vacchelli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas, CO, Ind**         represented by   Robert F. Vacchelli
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**all defendants**

| Filing Date | # | Docket Text |
|---|---|---|
| 02/13/2001 | 1 | MOTION by Luis Angel Lebron to Proceed in Forma Pauperis (Sanders, C.) (Entered: 02/20/2001) |
| 02/13/2001 | 2 | Prisoner Authorization Form by Luis Angel Lebron (Sanders, C.) (Entered: 02/20/2001) |
| 02/13/2001 | 3 | COMPLAINT (Sanders, C.) (Entered: 02/20/2001) |
| 03/29/2001 |   | ENDORSEMENT granting [1-1] motion to Proceed in Forma Pauperis ( signed by Mag. Judge Holly B. Fitzsimmons ) (Jaiman, R.) (Entered: 04/02/2001) |
| 03/29/2001 | 4 | Order directing the plaintiff to complete and return within 20 days of the date of this order USM-285 forms one form for all defendants c/o Attorney General in their official capacities. In addition, plaintiff is directed to complete one form for each named defendant, Commissioner John Armstrong, Governor John Rowland, Warden Complex One Hector Rodriguez, Warden Northern Correctional Institution, Hector Gomez, Warden Complex One Brian Murphy, Major Krajniak, Major McDonald, Major Bradnan, Counselor Supervisor J. Sicilia, Lt. Pittman, Lt. Alderucci, Captain Zacharewicz, Standards and Policy Administrator Karl Lewis, Head Medical Supervisor Pam Shea, Correctional Officer C. Samuel, Correctional Officer Walker, Correctional Officer Taylor, Correctional Officer Suprenant, Correctional Officer Johnson, Correctional Officer Germond, Correctional Officer Lamourex, Correctional Officer Thomas and Correctional Officer Bass, using his or her current work address. These forms will be used to serve the named defendants in their individual capacities. Upon receipt of the USM-285 forms the Clerk is directed to forward the appropriate papers to the U.S. Marshal to serve the complaint on the defendants. In addtion, the court notes that plaintiff has identified several defendants John Doe (Nurse and Doctors), John Doe (camera operator) and John Does (identified after discovery). Accordingly, plaintiff is directed to file an amended complaint within 60 days of the date of this order. The amended complaint shall include all of the information contained in the original complaint as well as the name and current work addresses of the defendants identified as John Doe. ( signed by Mag. Judge Holly B. |

| | | |
|---|---|---|
| 12/13/2001 | 22 | RESPONSE by Luis Angel Lebron to [15-1] motion to Dismiss by all defendants (Larsen, M.) (Entered: 01/15/2002) |
| 01/02/2002 | 21 | MOTION by Luis Angel Lebron to Extend Time 90 days for attorney to become familiar w/case (Larsen, M.) (Entered: 01/03/2002) |
| 01/31/2002 | 23 | RULING and ORDER denying [21-1] motion to Extend Time 90 days for attorney to become familiar w/case ( signed by Mag. Judge William I. Garfinkel ) 1 Page(s) (Larsen, M.) (Entered: 01/31/2002) |
| 03/26/2002 | 24 | RULING granting in part, denying in part [15-1] motion to Dismiss. All claims against defts. John Does (Nurses & Doctors), John Doe (camera operator) & John Does dismissed pursuant to Rule 41(b), FRCP. ( signed by Judge Christopher F. Droney ) 15 Page(s) (Larsen, M.) (Entered: 03/27/2002) |
| 03/26/2002 | | **Terminated party John Doe (Larsen, M.) (Entered: 03/27/2002) |
| 04/04/2002 | 25 | MOTION by all defendants to Extend Time to 5/6/02 to respond to complaint (Jaiman, R.) (Entered: 04/05/2002) |
| 04/09/2002 | | ENDORSEMENT granting [25-1] motion to Extend Time to 5/6/02 to respond to complaint ( signed by Mag. Judge William I. Garfinkel ) (Jaiman, R.) (Entered: 04/10/2002) |
| 04/12/2002 | 26 | MOTION by Luis Angel Lebron for Appointment of Counsel (Larsen, M.) (Entered: 04/16/2002) |
| 04/12/2002 | 27 | MEMORANDUM by Luis Angel Lebron in support of [26-1] motion for Appointment of Counsel (Larsen, M.) (Entered: 04/16/2002) |
| 04/12/2002 | 28 | AFFIDAVIT by Luis Angel Lebron Re [26-1] motion for Appointment of Counsel by Luis Angel Lebron (Larsen, M.) (Entered: 04/16/2002) |
| 04/30/2002 | 29 | SCHEDULING ORDER setting Discovery cutoff 7/30/02 ; Dispositive Motions due 8/30/02 ; Answer due 5/20/02 for all defendants ( Signed by Mag. Judge William I. Garfinkel ) (Larsen, M.) (Entered: 04/30/2002) |
| 05/03/2002 | 30 | ANSWER to Complaint with Affirmative Defenses by all defendants (Larsen, M.) (Entered: 05/06/2002) |
| 05/17/2002 | 31 | MOTION by Luis Angel Lebron to Extend Time 120 days to reply to discovery request (Larsen, M.) (Entered: 05/20/2002) |
| 05/28/2002 | 32 | RULING and ORDER granting [31-1] motion to Extend Time 120 |

| | | |
|---|---|---|
| 05/28/2003 | | ENDORSEMENT granting [52-1] motion to Extend Time to complete discovery by 6/9/03 and to respond to requests for production to 7/9/03 reset Discovery deadline to 6/9/03 ( signed by Mag. Judge William I. Garfinkel ) (Larsen, M.) (Entered: 05/28/2003) |
| 07/16/2003 | 57 | MOTION by Luis Angel Lebron for Reconsideration of [32-1] order set Discovery deadline to 8/23/02 dated 5/28/02 re: [26-1] motion for Appointment of Counsel (Brief Due 8/6/03) (Corriette, M.) (Entered: 07/17/2003) |
| 07/16/2003 | 58 | MOTION by Luis Angel Lebron for Writ of Mandamus (Brief Due 8/6/03) (Corriette, M.) (Entered: 07/17/2003) |
| 07/21/2003 | 59 | RESPONSE by all defendants to [58-1] motion for Writ of Mandamus by Luis Angel Lebron (Corriette, M.) (Entered: 07/22/2003) |
| 07/21/2003 | 60 | MEMORANDUM by all defendants in opposition to Motion in response to objection to interrogatories & request for production (no motion filed) (Corriette, M.) Modified on 07/31/2003 (Entered: 07/22/2003) |
| 07/28/2003 | 61 | REPLY by Luis Angel Lebron to response to [58-1] motion for Writ of Mandamus by Luis Angel Lebron (Corriette, M.) (Entered: 07/29/2003) |
| 09/29/2003 | 62 | RULING and ORDER denying [34-1] motion for Writ of Mandamus, granting [41-1] motion to Dismiss Writ of Mandamus ( signed by Judge Christopher F. Droney ) 7 Page(s) (Jaiman, R.) (Entered: 09/30/2003) |
| 09/30/2003 | | Case closed (Jaiman, R.) (Entered: 09/30/2003) |
| 09/30/2003 | 63 | JUDGMENT for all defendants against Luis Angel Lebron ( signed by Clerk ) (Jaiman, R.) (Entered: 09/30/2003) |

Restated for the Record, simultaneously filed under the same case number 3:01-CV-241 were the Plaintiff's 42 U.S.C., Section 1983; and his instant Motion for Writ of Mandamus...

Therefore is the oversight, the error by this Court in that this court should not have closed this case in full totality on September 30, 2003, when it denied Plaintiff's Motion for Writ of Mandamus when in the record timely filed, still pending is the Plaintiff's 42 U.S.C., Section 1983 Civil Lawsuit on file in this same case number, 3:01-CV-241.[3-1]; [24-1].  And this Court now must grant the requested Rehearing status in this Motion for Rehearing and allow to be filed, refiled the attached enclosed Plaintiff's Motion for Appointment of Counsel and hear his combined Motion for Firm Jury Trial as requested therein...

In addition a clarification Order should issue too and upon the Plaintiff, herein and the defendants in Order to undo the Confusion, **and clarify that this case is still open. Re: Plaintiff's Civil Lawsuit on file timely under 42 U.S.C., Section 1983,.. in this case NO. 3:01-CV-241.**

Respectfully  Submitted,

*/s/ Luis A. Lebron*
Mr. Luis A. Lebron # 185091
Macdougall C.I.
1153  East Street-South
Suffield, Connecticut  06080

Dated:  January  20th,  2004

Oath
_____

THE UNDERSIGNED DECLARES UNDER PENALTIES OF PERJURY THAT HE IS THE PLAINTIFf IN THIS INSTANT CASE AT BAR AND THAT HE HAS READ THE ABOVE FOREGOING ALLEGATIONS AND PLEADINGS HEREIN AND THAT THE INFORMATION CONTAINED IN THIS MOTION IS TRUE AND CORRECT.  28 U.S.C., Section  1746;  18 U.S.C., Section 1621.

Executed at Macdougall C.I., Suffield, Connecticut, on Janaury 20th, 2004.

*/s/ Luis A. Lebron*
Mr. Luis A. Lebron #185091

-2-

Continued....

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing motion has been furnished forwarded to the defendant's Counselor of record:

Mr. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Connecticut  06105
(860) 808-5450


Respectfully Submitted,

*/s/ Luis A. Lebron*

Mr. Luis A. Lebron # 185091
Macdougall C.I.
1153 East Street-South
Suffield, Connecticut  06080

-3-

Luis Angel Lebron
Inmate 185091
MacDougall CI
1153 East St. South
Suffield, CT 06080

3:01cv241(CFD)(WIG)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS A. LEBRON

v.

COMMISSIONER JOHN ARMSTRONG, et al.[1]

PRISONER
Case No. 3:01CV241 (CFD)

## RULING ON DEFENDANTS' MOTION TO DISMISS

The plaintiff, Luis Lebron ("Lebron"), filed this civil rights action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. He alleges that the defendants have violated his Eighth Amendment rights by using excessive force against him when he was sprayed with a chemical agent and thereafter denying him proper medical treatment. He also alleges that the defendants attempted to conceal the fact that the incident had occurred. Lebron seeks damages as well as declaratory and injunctive relief. The defendants have filed a motion to dismiss. For the reasons that follow, the defendants' motion is granted in part and denied in part.

---

[1] The named defendants are Commissioner John Armstrong, Governor John Rowland, Complex One Warden Hector Rodriguez, Warden Hector Gomez, Complex One Warden Brian Murphy, Major Krajniak, Major McDonald, Major Bradnan, Counselor Supervisor J. Sacilia, Lieutenant Pittman, Lieutenant Alderucci, Captain Zacharewicz, Standards and Policy Administrator Karl Lewis, Correctional Officer C. Samuel, Correctional Officer Walker, Correctional Officer Taylor, Correctional Officer Suprenant, Correctional Officer Johnson, Correctional Officer Germond, Correctional Officer Lamourex, Correctional Officer Thomas, Correctional Officer Bass, Correctional Officer John Doe (camera operator), John Doe (nurses and doctors), Head Medical Supervisor Pam Shea and John Doe. The court notes that in the body of the complaint, Lebron provides the names and addresses of some of the defendants. In this section, he also includes Peter Matos and Larry Myers. Because these individuals were not included in the case caption and the section does not refer to all of the defendants named in the case caption, the court does not consider Matos and Myers to be defendants in this case. The Court also notes that the plaintiff names "C. Samuel" in the caption of the case, but refers to "Samuels" multiple time in the text. The Court will assume that the correct name is "Samuels."

1

## Conclusion

The defendants' Motion to Dismiss [doc. #15] is GRANTED in part and DENIED in part. The motion is granted as to the claims for injunctive relief in the form of an order precluding Lebron's transfer, preventing the defendants from transferring property or assets, and ordering an exam at the UConn Health Center. The motion is denied in all other respects.

In addition, by order filed March 29, 2001, Lebron was ordered to file an amended complaint within sixty days identifying all defendants described in the complaint as John Doe. Lebron has neither complied with this order not sought an extension of time within which to file the amended complaint. Accordingly, all claims against defendants John Does (Nurses and Doctors), John Doe (camera operator) and John Does are dismissed pursuant to Rule 41(b), Fed. R. Civ. P.

SO ORDERED at Hartford, Connecticut, this 26th day of March, 2002.

Christopher F. Droney
United States District Judge

15

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

------------------------------------------------x

LUIS A. LEBRON

vs.

COMMISSIONER JOHN
ARMSTRONG, ET AL

------------------------------------------------x

2004 JAN -8  A 8: 51

PRISONER
US DISTRICT COURT
BRIDGEPORT CT

:Civil No. 3:01cv241(CFD)

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>MOTION FOR APPOINTMENT OF COUNSEL AND FOR FIRM JURY TRIAL;</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)
   _ No certificate of service attached to pleading
   _ Certificate of service fails to list names and addresses of all parties served
   _ Certificate of service is not signed

2. _ L.R.5(d)
   Failure to submit document under seal

3. _ L.R.10
   _ Failure to sign pleading (original signature)
   _ Failure to double space
   _ Margin is not free of printed matter
   _ Left hand margin is not one inch
   _ Judge's initials do not appear after the case number
   _ Docket number is missing
   _ Failure to supply federal bar number
   _ Holes not punched in document

4. _ L.R.68
   Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)
   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. ✓ Other
   <u>Judgment entered and case closed 9/30/03.  Docket sheet enclosed.</u>

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 1/6/2004

United States District Judge

(MEL)

rev. 1/1/03

6. That it would become an injustice to refuse the Plaintiff Professional Legal Assistance in this case based on the nature of the allegations and the truthfulness of the facts that would warrant convictions prosecutions individually upon the defendants herein together with monetary damages to assist in making the Plaintiff whole again.

7. The Plaintiff seeked to procure the evidenced Video Tapes of the incident whereby the video tapes are 75% per cent of the documented proof for the record and with intention to submit the evidence to the Jury in Trial as draminization material evidence that would not lie; But the Defendants refuse to cooperate and the defendants counselors of record have stated on record that such action is the Plaintiff's Job, and not the defendants job to prepare the evidence for the Jury. Vis-a-vis without Counsel the Plaintiff suffers direct prejudicial severe harm; And constituting as illegal obstacles preventing the success of this case.

8. The Plaintiff states that this case is indeed complex; and informs this Court that in his pro se fashion he cannot adequately prosecute this case without a Professional Counsel, because there are numerous defendants involved in this Case that shall require complex direct examinations of the defendants and crucial cross-examinations to the defendants are warranted to determine Monetary, Compensatory and Punitive damages sustained herein by the Plaintiff in such appointment of Counsel at this time would be justice firsthand in this case. and unless the Plaintiff receives Counsel from the Court in this case the defendant have taken position to refuse to turn over the Material Evidence that could support several convictions of the Defendants herein.

WHEREFORE, the Plaintiff requests that based on the foregoing pleadings this Court has legal standing to appoint Counsel throughout the remaining prosecution of this instant Case at bar; On or before December 31, 2003.

GRANTED_____/DENIED_____

_____
U.S. District Judge or Hon., Magistrate

_____

### REQUEST FOR FOR JURY TRIAL

The Plaintiff moves in Prayers for this Court to proceed to docket the instant Case for a Firm Jury Trial date within the Court's own convenience. Plaintiff contends that he is ready for a firm Jury Trial in this case.

Respectfully Submitted,

_/s/ Luis A. Lebron_  
Mr. Luis A. Lebron # 185091

Mr. Luis A. Lebron  
I.D.# 185091  
Macdougall C.I.  
1153 East Street-South  
Suffield, Conn. 06080

Dated: December 18, 2003

-2-

See, the attachments hereto attached.

The undersigned declares under penalties of perjury that he is the Plaintiff in the case at bar and that he has read the above allegations and pleadings herein and that the information contained in this instant Motion is true and correct. 28 U.S.C. Section 1746; 18 U.S.C. section 1621.

Executed at Macdougall C.I., Suffield, Connecticut on December 18, 2003.

*[signature]*
Mr. Luis A. Lebron, with Law Clerk aide.
I.D.# 185091

*[signature]*

Aide verification for the record.
Mr. Louis Reed, Jr., I.D.# 66427
Macdougall C.I.

### CERTIFICATE OF SERVICE

I do hereby certify that a true and Correct copy of the foregoing Motion has been duly forwarded to the defendants Counselor of record:

Mr. Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105
Tel: (860) 808-5450

Respectfully Submitted,

*[signature]*
Mr. Luis A. Lebron, # 185091

-3-