UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS A LEBRON<br>*Plaintiff,* | PRISONER<br>: CIV. NO. 3:01CV241 (CFD) |
| v. | : |
| JOHN ARMSTRONG, ET AL.<br>*Defendants.* | : FEBRUARY 24, 2004 |

## MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Luis A. Lebron, and the defendants, John Armstrong, et al., hereby move for the dismissal of the above captioned lawsuit, with prejudice, in accordance with the attached Stipulated Settlement. The parties further respectfully request that the provisions of the Stipulated Settlement be incorporated herein consistent with <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed. 2d 391 (1994) and they further move the Court for an order accordingly.

PLAINTIFF
Luis A. Lebron

BY: _____
Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

[Handwritten margin note:] The clerk is ordered to docket this Motion for Order of Dismissal and its attachment and include them in the Court's file. Motion for Order of Dismissal is GRANTED. The clerk is directed to close the case. So ordered.

Christopher F. Droney
United States District Judge
4/20/04

[Stamp:] FILED 2004 APR 22 P 12: 21 U.S. DISTRICT COURT HARTFORD, CT

01CV241(CFD)

DEFENDANTS
John Armstrong, et al.

BY: *[signature]*
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel No. (860) 808-5450
FAX (860) 808-5591
Robert.Vacchelli@po.state.ct.us
Federal Bar No. Ct05222

## CERTIFICATION

This certifies that the foregoing was mailed this 16th day of ~~February~~ *March*, 2004, to:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

*[signature]*
Robert F. Vacchelli
Assistant Attorney General

2

# ATTACHMENT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS LEBRON<br>*Plaintiff,* | PRISONER<br>: CIV. NO. 3:01CV241 (CFD) |
| v. | : |
| JOHN ARMSTRONG, ET AL.<br>*Defendants.* | : FEBRUARY 24, 2004 |

**STIPULATED SETTLEMENT**

WHEREAS, the above-entitled action was brought by Luis A. Lebron, as plaintiff, against John Armstrong, et al., charging the defendants with causing the plaintiff to sustain certain injuries; and

WHEREAS the plaintiff and the defendants are desirous of settling the above-referenced action now pending between them; and

WHEREAS, the plaintiff and defendants agree that settlement of all of the issues raised by the above referenced action would best serve the interests of the parties; and

WHEREAS, the plaintiff has consented and does hereby consent to this Stipulated Settlement and agrees to be bound thereby; and

WHEREAS, the defendants, by and through their undersigned counsel, have consented and do hereby consent to this Stipulated Settlement and agree to be bound thereby;

NOW, THEREFORE, without trial or adjudication of any of the issues of fact or law raised by the complaint herein, or which could have been raised therein, the parties hereby stipulate and agree as follows:

1. The plaintiff shall immediately, and with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of the above captioned lawsuit with respect the defendants, and shall execute and deliver, in advance, a General Release satisfactory to the defendants.

2. The plaintiff also shall immediately, and with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of the related federal court case of Lebron v. Armstrong, et al., No. 3:03 CV 1269 (EBB), previously dismissed without prejudice, and withdraw, with prejudice, the related state court case of Lebron v. Gomez, et. al., No. CV 02 398556, with respect the defendants named therein, and shall execute and deliver, in advance, a General Release satisfactory to the defendants named therein.

3. Following dismissal and withdrawal of the lawsuits as discussed above, and receipt of the signed General Release, the State of Connecticut shall pay to the plaintiff the sum of two thousand dollars ($2,000.00) by a check made payable to the plaintiff.

4. The payment, set forth above, shall be a full and complete satisfaction of all damages, costs and fees, of any kind whatsoever, including attorney's fees, respecting the defendants former Commissioner John Armstrong, Governor John Rowland, Hector Rodriguez, Giovanny Gomez, Deputy Commissioner Brian Murphy, Major Lori Krajniak, Major Christopher McDonald, Major Paul Bradnan, Counselor Supervisor Janet Sicilian, Lt. Ronald Pittman; Captain Marc Alderucci, Captain Michael Zacharewicz, Counselor Supervisor Karl Lewis, C/O Carol Samuels, C/O Ronnie Walker, C/O Laveda Taylor, C/O Jeffrey Suprenant, C/O Douglas Johnson, C/O Paul Germond, C/O Michael Lamourex, C/O Jeffrey Thomas, C/O Donald Bass, former Warden Larry Meyers and the Warden, Garner Correctional Institution, and all present or former officers, employees and agents of the State of Connecticut, Department of Correction and the State of

Connecticut itself, which Luis A. Lebron, his heirs, successors, assigns and representatives ever had, now have, or hereafter can, shall or may have, for, upon or by any reason or any matter, cause or thing whatsoever from the beginning of the world to the date of this Stipulated Settlement which are stated in or arise out of the factual incidents as set forth in his Complaints in the cases referenced in paragraphs 1 and 2, or which could have been set forth therein.

5. It is expressly agreed and understood that the payment of the aforesaid sum and the fulfillment of the conditions in this stipulated settlement are not an admission of wrongdoing or liability on the part of the defendants to the actions referenced in paragraphs 1 and 2 or of any other present or former officer, agent or employee of the State of Connecticut, Department of Correction or of the State of Connecticut itself, but rather constitute a compromised settlement of the disputed claims made in the action set forth above.

6. It is further agreed and understood that the payment to the plaintiff in this settlement shall be exempt from collection by the State Financial Services Center respecting plaintiff's reimbursable debts owed to the State, including costs of incarceration, but no debts shall be excused.

7. The parties agree that the terms and conditions of this Stipulated Settlement shall be incorporated into the motions for order of dismissal, referenced to in paragraph 1 and 2 above, and that the United States District Court for the District of Connecticut may retain jurisdiction over this matter for the purpose of ensuring that all of the terms and conditions of this agreement are carried out as set forth herein.

8. The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit with respect to the defendants in the above captioned case, and concerning the lawsuits referenced in

paragraph 2 above, and that the respective parties will each bear their own costs, fees and expenses, including any attorney's fees in all the matters referenced.

9.      The Clerk may be directed to close this case.

PLAINTIFF
Luis A. Lebron

DATE Feb 9 2004

By: _____
Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

DEFENDANTS
John Armstrong, et al.

DATE March 16, 2004

By: _____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06106
Tel No. (860) 808-5450
FAX (860) 808-5591
Robert.Vacchelli@po.state.ct.us
Federal Bar No. Ct05222

4

## CERTIFICATION

This certifies that the foregoing was mailed this 16th day of ~~February~~ March, 2004, to:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

*Robert F. Vacchelli*
Robert F. Vacchelli
Assistant Attorney General

5