UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS A LEBRON<br>*Plaintiff,* | : | PRISONER<br>CIV. NO. 3:01CV241 (CFD) |
| v. | : | |
| JOHN ARMSTRONG, ET AL.<br>*Defendants.* | : | FEBRUARY 24, 2004 |

## MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Luis A. Lebron, and the defendants, John Armstrong, et al., hereby move for the dismissal of the above captioned lawsuit, with prejudice, in accordance with the attached Stipulated Settlement. The parties further respectfully request that the provisions of the Stipulated Settlement be incorporated herein consistent with Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed. 2d 391 (1994) and they further move the Court for an order accordingly.

PLAINTIFF
Luis A. Lebron

BY: _____
Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

*[Handwritten margin note:]* The clerk is ordered to docket this Motion for Order of Dismissal and its attachment and include them in the Court's file. The Motion for Order of Dismissal is GRANTED. The clerk is directed to close the case. So ordered.
Christopher F. Droney
United States District Judge
4/22/04

*[Stamp:]* FILED 2004 APR 22 P 12:21 U.S. DISTRICT COURT HARTFORD, CT