UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS A. LEBRON | : |
| | :  PRISONER |
| v. | :  Case No.3:01CV241 (CFD)(WIG) |
| | : |
| COMMISSIONER JOHN ARMSTRONG, et al. | : |

RULING AND ORDER

In light of the settlement of this case, plaintiff's "Notice of to the Court–Plaintiff's Motion for Rehearing on this Court's Order Returning Submission–As to the Plaintiff's Motion for Appointment of Counsel and Firm Jury Trial" [**doc. #65**] is **DENIED** as moot.

**SO ORDERED** at Bridgeport, Connecticut, this 28th day of April, 2004.

*/S/ William I. Garfinkel*
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE