UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS A. LEBRON,
    Plaintiff,

v.   Civil Action No. 3:01CV241(CFD)(WIG)

COMMISSIONER JOHN ARMSTRONG,
et al.,
    Defendant.

## ORDER

The defendant is hereby ordered to file a response on or before **June 21, 2004**, as to why the judgment should not be set aside and a hearing scheduled as requested by the plaintiff in his filing dated May 6, 2004.

SO ORDERED this 19th day of May 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE