motion

United States District Court

District of Connecticut

Luis A. Lebron
 Plaintiff.
  -v-.

(Prisoner) Civ No.

Civ. No. 3/01, CV 241 (CFD)

John Armstrong, Et A.
 Defendants.

April 22, 2004

United States District Court
District of Connecticut
FILED AT     BRIDGEPORT

May 13     2004

Motion to withdraw the previous motion
For dismissal dated Feb. 24, 2004

On March 16, 2004, the defendants attorney Robert F. Vacchelli forwarded Judge Burns two (2) Motions for Order of dismissal for the above mentioned cases for request of approval pursuant to a settlement agreement.

The plaintiff wishes to withdraw from the settlement agreement. The plaintiff has NOT recieved payment pursuant to the settlement so there is NO harm.

The plaintiff will NOT be allowed to order and/or recieve medically prescribed glasses from the outside, purchased by my family. Although the plaintiffs eye problems (to which was a direct result of the defendants excessive use of force and use of mace when none was needed) the D.O.C and the medical department wont allow the plaintiff to recieve the tinted and medically prescribed glasses of over 20% grey tint, even though the Doctors both here at D.O.C level and at UCONN have stated that tinted glasses are needed.

①

The plaintiff was not aware of how serious the injuries resulting from being left with MACE in his eyes for hours w/o medical treatment really was. The plaintiff suffered loss of perception, headaches behind the eyes, letters on books etc; moving together etc; when reading for over an hour, aswell as sensitivity to bright light.

Inmate's are being allowed to go to outside recreation due to warm weather. However, upon the plaintiff going outside, the plaintiff suffered pain in the eyes due to the sunlight and after about five (5) minutes, my vision became foggy like.

The 20% grey tinted glasses given to me by the eye doctors after my examination aren't good enough. The D.O.C will NOT provide darker tinted glasses because they cost over $300.⁰⁰ even though they are medically needed. The plaintiff has informed his family and they are willing to pay for the glasses and mail them in to the D.O.C but the defendants (D.O.C) wont allow it.

The plaintiff is in need of two (2) pairs of medically prescribed tinted glasses. DARK TINT for outside use, and one at about 30% for indoor use. Inmates are allowed to have two (2) pairs of glasses. The D.O.C wont provide them because it will cost over $600.⁰⁰ for a pair of transition glasses and a pair of 30% tints for indoor use. My family has agreed to purchase them for me.

The plaintiff was under the impression that he would be allowed to recieve medically prescribed glasses from the outside as part of the settlement agreement to which I have stated in letters to defendants attorney, but upon inquiry with the D.O.C, no such permission has been given. As such, the plaintiff wishes to withdraw his motion for dismissal.

The plaintiff has **NOT** recieved payment pursuant to the settlement agreement so there is **NO** problem that would prevent this from being granted. Unless the defendants authorize me to recieve the two (2) medically prescribed glasses from an outside eye place such as Lens Crafters etc; because the D.O.C has stated that they will not pay the $600 plus for the two (2) different types of glasses (indoor/ 30% tint and outdoor/ dark tints needed for bright sunlight).

I believe I have requested the <u>medically prescribed glasses</u> be part of the settlement ~~agreement~~ due to the effect that bright light has on my eyes and the fact that the D.O.C wont supply glasses with tints over 20%. even though numerous inmates have glasses from the outside w/ over 30% tints on them due to medical reasons.

Inmates are going to be allowed to go to outside recreation starting next week and I wont be able to because of the bright sun light. The glasses w/ 20% tint are not good enough, the light still irritates my eyes

2

and my vision becomes foggy which just happened to me a couple days ago while at outside recreation in our block.

The plaintiff asks this Court that it order, as a stipulation to the settlement agreement, that the plaintiff be allowed to recieve two (2) pairs of tinted glasses (as inmates are allowed to posses) *SEE ATTACHED*

1) Pair of dark tinted glasses or transition glasses for outside use, and

1) Pair of 30-35% tints for indoor use. The D.O.C only provides 20% tints but they arent good enough, the light still bothers me and state glasses provided by the D.O.C are one size fits all. The frames are too big, the nose part is too tight, and the legs pinch hard into the back part of our ears.

This way, the State doesn't have to pay the money for the medically needed glasses. In not providing tinted glasses needed for medical reasons, the D.O.C is depriving me of needed medical items due to costs which medical admitted was the reason they wont provide said types of glasses. The plaintiff is willing to pay for them himself. All thats needed is authorization or a court order in the stipulated settlement agreement.

Plaintiff; Luis A. Lebron
M.C.I  1153 East St. South
Suffield, Ct. 06080

④

## Certification

This certifies that a copy of the foregoing was mailed this **22** day of April 2004, to:

x Robert F. Vacchelli
Asst. Atty. General
110 Sherman St.
Hartford, Ct. 06105

#165091

*Luis A. Jebson*

U.S.D.C.

District of Connecticut

Luis A. Lebron                    : Prisoner Civil #'s   3:01 CV241 (CFD)

    -v-                                                  3:03 CV 1269 (EBB)

John Armstrong, Et Al.    : april 22, 2004

Affidavit of Luis Angel Lebron
in support of motion to with-
draw previous motion for dismissal.

1. The plaintiff contends that he should
not be bound by the agreement for two (2) reasons.

(A) The plaintiff has NOT yet recieved payment
for the settlement, thus NO harm done, and

(B) The agreement the plaintiff believed was
agreed upon is not the case.

2. The plaintiff was under the impression that
he would be allowed to recieve medically prescribed glasses
from an outside source because the D.O.C. will "NOT" provide
the medically needed tinted glasses because it would cost
the State too much money. As such, the defendants are
failing to provide adequate medical needs for injuries sustained
from the defendants. This further violates my rights.

3. My family will pay for the cost of the two (2)

(A-1)

pairs of glasses themselves at NO cost to the State and/or tax payers.

4. The Clerks office is treating your order denying my request for mandamus order earlier in this case as an order closing the entire case. PLEASE SEE DOCKET NOS. 67, 63.

Thank you.

*Luis A. Lebron*
Luis A. Lebron # 185091
M.C.I - WALKER
1153 East St. South
Suffield, Ct. 06080

Certification

This certifies that a copy of the foregoing was mailed this 22 day of April 2004 to:

x Robert F. Vacchelli
Asst. Atty. General
110 Sherman St.
Hartford, Ct. 06105

*Luis A. Lebron*

A-2