UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| LUIS A LEBRON<br>    *Plaintiff*, | PRISONER<br>:   CIV. NO. 3:01CV241 (CFD)<br>: |
| v. | : |
| JOHN ARMSTRONG, ET AL.<br>    *Defendants*. | :   APRIL 29, 2004 |

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO WITHDRAW THE PREVIOUS MOTION FOR DISMISSAL DATED APRIL 22, 2004

By pleading dated April 22, 2004 entitled "Motion to withdraw the previous Motion for Dismissal dated February 24, 2004", the plaintiff pro se inmate in the above case seeks to withdraw his Motion for Order of Dismissal dated February 24, 2004, claiming that he was under the impression that he would be allowed to receive tinted eyeglasses as part of the settlement. He asks the court to order that the settlement be modified to allow him to receive two pairs of tinted eyeglasses of certain darkness.

Defendants oppose plaintiff's Motion to Withdraw. It was made perfectly clear to plaintiff, repeatedly, that the settlement would not include any special agreement concerning property; that plaintiff's ability to receive property would be subject to his facility rules, not the settlement agreement. Accordingly, no agreement concerning property appears in the Stipulated Agreement filed with the Court.

Ordinarily, inmates are not permitted to possess dark glasses in prison, for security reasons. See, DOC Directive 6.10 (Sunglasses not listed as permitted property) Attachment A. They are considered prohibited devices used to conceal identity. DOC Directive 9.6 (12)(T) At-

tachment B. Plaintiff was allowed 20 per cent tinted glasses. See Plaintiff's Motion, p. 2. We are informed by DOC that plaintiff has no documented, medical need for the darker tint that he requests, and he supplies none to the Court with his motion.

Accordingly, we urge the Court to deny the plaintiff's Motion and effort to modify the settlement.

                                                DEFENDANTS
                                                John Armstrong, et al.

BY:   /s/_____
        Robert F. Vacchelli
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT 06105
        Tel No. (860) 808-5450
        FAX (860) 808-5591
        Robert.Vacchelli@po.state.ct.us
        Federal Bar No. Ct05222

## **CERTIFICATION**

This certifies that the foregoing was mailed this 29th day of April, 2004, to:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

                                                /s/_____
                                                Robert F. Vacchelli
                                                Assistant Attorney General