## MALE PROPERTY MATRIX

| | FACILITY SECURITY CLASSIFICATION LEVEL | | | | | | | | | | | | INMATES ON RESTRICTIVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L - 2 | | L - 3 | | L - 4/L - 5 | | Close Custody AS Transfer** | | Pretrial | | PS/AD/TD | | AS Phase One | |
| ITEM | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 |
| SHIRT * | 6BDF | 3BDF | 3BDF | - | 3BDF | - | 2BDF | - | 3BDF | - | - | - | - | - |
| PANTS * | 4BDF | 2BDF | 2BDF | - | 2BDF | - | - | - | 2BDF | - | - | - | - | - |
| JUMPSUIT * | - | - | - | - | - | - | 2F | - | 2BDF | - | 1F | - | 2F | - |
| COAT | 1F | - | 1F | - | 1F | - | 1F | - | 1F | - | - | - | 1F | - |
| RAINWEAR | 1F | - | 1F | - | 1F | - | - | - | 1F | - | - | - | - | - |
| BELT (standard belt) * | 1BDF | - | 1BDF | - | 1BDF | - | - | - | 1BDF | - | - | - | - | - |
| BASEBALL CAP * | 2ABC | - | 2ABC | - | 2ABC | - | - | - | 2ABC | - | - | - | - | - |
| KUFFI (solid color) * | 2AB | - | 2AB | - | 2AB | - | 2AB | - | 2AB | - | 1AB | - | 1AB | - |
| GLOVES (pair) * | 1BCF | - | 1BCF | - | 1BCF | - | - | - | 1BCF | - | - | - | - | - |
| SHOES/SNEAKERS | 2ABD | 1BDF | 2ABD | 1BDF | 2ABD | 1BDF | 1ABD | 1BDF | 2ABD | 1BDF | 1ABD | 1BDF | 1ABD | 1BDF |
| HANDKERCHIEFS (white only) * | 4 | - | 4A | - | 4A | - | - | - | 4A | - | - | - | - | - |
| T-SHIRTS (solid color Strap/v-neck/regular) * | 6B | 2B | 6B | 2B | 6B | 2B | 6B | 2B | 6B | 2B | 3B | 2B | 5B | 2B |
| THERMAL UNDERWEAR(top and bottom)* | 2ABD | - | 2ABD | - | 2ABD | - | - | - | 2ABD | - | 1ABD | - | 2ABD | - |
| SOCKS * | 6B | 3B | 6B | 3B | 5B | 3B | 5B | 3B | 5B | 3B | 3B | 2B | 5B | 2B |
| SWEATSHIRTS (solid color) * | 2BD | 1BD | 2BD | 1BD | 2BD | 1BD | 2BD | 1BD | 2BD | 1BD | 1BD | 1BD | 1BD | 1BD |
| SWEATPANTS (solid color) * | 2BD | - | 2BD | - | 2AD | - | 1BD | - | 2BD | - | - | - | - | - |
| GYM SHORTS * | 2ABD | - | 2ABD | - | 2ABD | - | - | - | 2ABD | - | - | - | - | - |
| ATHLETIC SUPPORTER * | 1A | - | 1A | - | 1A | - | - | - | 1A | - | - | - | - | - |
| PAJAMAS * | 2BD | - | 1BD | - | 1BD | - | - | - | 1BD | - | - | - | - | - |
| BATHROBE * | 1BD | - | 1BD | - | 1BD | - | - | - | 1BD | - | - | - | - | - |
| SLIPPERS | 1BD | - | 1BD | - | 1BD | - | - | - | 1BD | - | - | - | - | - |
| SHOWER THONGS | 1AB | - | 1AB | - | 1AB | - | 1AB | - | 1AB | - | 1AB | - | 1AB | - |
| WASH CLOTH | 2AB | - | 2AB | - | 2AB | - | 1AB | - | 2AB | - | 1AB | - | 1AB | - |
| TOWEL | 2BD | 2BD | 2BD | 2BD | 2BD | 2BD | 2BD | 2BD | 2BD | 2BD | 2BD | 2BD | 2BD | 2BD |
| TELEVISION Headset Required | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | - | - | - | - |
| RADIO Headset Required | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | - | - | - | - |
| CASSETTE PLAYER Headset Required | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | - | - | - | - |
| POCKET CALCULATOR | 1AB | - | 1AB | - | 1ABC | - | 1ABC | - | - | - | - | - | - | - |
| CASSETTE TAPES * | 14AB | - | 14AB | - | 14AB | - | - | - | 14AB | - | - | - | - | - |

6/24/98

*Item must be stored in inmate locker when not in use and included as part of the cubic foot limitation
**The property matrix applies to inmates in all Close Custody Phases as well as Administrative Segregation Phase 2 and Phase 3

1 = Maximum amount allowed
2 = Minimum number required that must be issued by the facility until the minimum is reached

MALE PROPERTY MATRIX

|  | FACILITY SECURITY CLASSIFICATION LEVEL | | | | | | | | | | INMATES ON RESTRICTIVE STATUS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | L - 2 | | L - 3 | | L - 4/L - 5 | | Close Custody AS Transfer** | | Pretrial | | PS/AD/TD | | AS Phase One | |
| ITEM | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 |
| ADAPTER JACK | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | - | - | - | - |
| APPLIANCE CONVERTER | 1AC | - | 1AC | - | 1AC | - | 1AC | - | 1AC | - | - | - | - | - |
| BATTERIES | 4AC | - | 4AC | - | 4AC | - | 4AC | - | 4AC | - | - | - | - | - |
| EXTENSION CORD | 1ABC | - | 1ABC | - | - | - | - | - | 1ABC | - | - | - | - | - |
| ELECTRIC RAZOR | 1ABD | - | 1ABD | - | 1ABD | - | 1ABD | - | 1ABD | - | - | - | - | - |
| ADDRESS BOOK | 1AB | - | 1AB | - | 1AB | - | 1AB | - | 1AB | - | - | - | 1AB | - |
| PHOTO ALBUM not to exceed 2" Non-metal | 1AB | - | 1AB | - | 1AB | - | 1AB | - | 1AB | - | - | - | - | - |
| PADLOCK | 1AC | - | 1AC | - | 1AC | - | 1AC | - | 1AC | - | - | - | - | - |
| PRESCRIPTION EYE GLASSES/CONTACT LENS | 2B | - | 2B | - | 2B | - | 1B | - | 2B | - | 1B | - | 1B | - |
| WATCH | 1B | - | 1B | - | 1B | - | 1B | - | 1B | - | - | - | 1B | - |
| WEDDING RING | 1B | - | 1B | - | 1B | - | 1B | - | 1B | - | 1B | - | 1B | - |
| RELIGIOUS ARTICLE | AB | - | AB | - | AB | - | AB | - | AB | - | AB | - | AB | - |
| DRINKING CUP | 2A | - | 2A | - | 1A | - | 1A | - | 1A | - | 1A | - | 1A | - |
| CLOCK (wind up) | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | - | - | - | - |
| PRAYER RUG | 1ABD | - | 1ABD | - | 1ABD | - | 1ABD | - | 1ABD | - | 1ABD | - | 1ABD | - |
| VIDEO GAME | 1ABD | - | 1ABD | - | 1ABD | - | - | - | - | - | - | - | - | - |
| VIDEO GAME TAPES | 5ABD | - | 5ABD | - | 5ABD | - | - | - | - | - | - | - | - | - |
| DOO RAG | 1A | - | 1A | - | 1A | - | - | - | 1A | - | - | - | - | - |
| UNDERPANTS (boxers or briefs) * | 6B | 3B | 6B | 3B | 6B | 3B | 5B | 3B | 6B | 3B | 3B | 3B | 5B | 3B |
| HEADPHONE EXTENDER | 1ABC | - | 1ABC | - | 1ABC | - | 1ABC | - | 1ABC | - | - | - | - | - |
| ELECTRIC BEARD TRIMMER | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | - | - | - | - |
| CLIP-ON BOOK LAMP | 1ABC | - | 1ABC | - | 1ABC | - | 1ABC | - | 1ABC | - | - | - | - | - |
| HEADPHONES | 1ABCD | - | 1ABCD | - | 1ABCD | - | 1ABCD | - | - | - | - | - | - | - |

6/24/98

*Item must be stored in inmate locker when not in use and included as part of the cubic foot limitation
**The property matrix applies to inmates in all Close Custody Phases as well as Administrative Segregation Phase 2 and Phase 3

1 = Maximum amount allowed
2 = Minimum number required that must be issued by the facility until the minimum is reached