The Clerk is offered to docket this letter and its attachments and include them in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
5/19/04

Dear Hon. Droney,                                              5·6·04

     Enclosed is a motion sent directly to your chambers because the Court Clerk would return it claiming the case is closed which would prejudice me as the Court would rule on defendants motion opposing w/o hearing my response.

     Thank you for your consideration in this matter.

          Sincerely,

P.S.

     Granting this Motion will be in the best interest of justice.

FILED

2004 MAY 20  A 7:59

U.S. DISTRICT COURT
HARTFORD, CT.