UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  | PRISONER |
|---|---|---|
| LUIS A LEBRON | : | CIV. NO. 3:01CV241 (CFD)(WIG) |
| *Plaintiff*, |  |  |
|  | : |  |
| v. | : |  |
|  |  |  |
| JOHN ARMSTRONG, ET AL. | : | MAY 26, 2004 |
| *Defendants*. |  |  |

## <u>DEFENDANTS' MOTION FOR EXTENSION OF TIME</u>

The defendants, John Armstrong, et al., by and through their undersigned counsel, respectfully request a three week extension of time, to and including June 21, 2004, within which to respond to the plaintiff's Motion Requesting Review dated May 8, 2004, in the above case.

The additional time is requested as the same issues are scheduled to be addressed on June 21, 2004, in response to a reply brief filed by plaintiff dated May 6, 2003, per order of Judge Droney.  <u>See</u> Order, Attachment A.

The pro se inmate plaintiff could not be reached in advance of this motion to determine his position with respect to this request.  This is defendants first request with respect to this time limitation.

Wherefore, the defendants request a three week extension of time, to and including June 21, 2004, within which to respond to plaintiff's Motion Requesting Review dated May 8, 2003.

DEFENDANTS
John Armstrong, et al.

BY: _____/s/_____

Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel No. (860) 808-5450
FAX (860) 808-5591
Robert.Vacchelli@po.state.ct.us
Federal Bar No. Ct05222


## **CERTIFICATION**


This certifies that the foregoing was mailed this 26th day of May, 2004, to:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080


_____/s/_____

Robert F. Vacchelli
Assistant Attorney General