UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Mar 10  11 20 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | | |
|---|---|---|
| LUIS A LEBRON<br>*Plaintiff,* | : | PRISONER<br>CIV. NO. 3:03CV1269 (EBB) |
| v. | : | |
| JOHN ARMSTRONG, ET AL.<br>*Defendants.* | : | FEBRUARY 24, 2004 |

### MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Luis A. Lebron, and the defendants, John Armstrong, et al., hereby move for the dismissal of the above captioned lawsuit, with prejudice, in accordance with the Stipulated Settlement in <u>Lebron v. Armstrong, et al.</u>, Civ. No. 3:01 CV 241 (CFD), a copy of which is attached in Attachment A. The parties further respectfully request that the provisions of the Stipulated Settlement be incorporated herein consistent with <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed. 2d 391 (1994) and they further move the Court for an order accordingly.

FILED
Mar 30  3 07 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

PLAINTIFF
Luis A. Lebron

BY: _____
Luis A. Lebron #185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

[Handwritten margin notes:]
(Attachment A)
(a copy)

3/30/04 Granted. The provisions of the Stipulated Settlement have been incorporated herein. So Ordered. [signature]