UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS A LEBRON<br>*Plaintiff,* | PRISONER<br>: CIV. NO. 3:03CV1269 (EBB) |
| | : |
| v. | : |
| JOHN ARMSTRONG, ET AL.<br>*Defendants.* | : FEBRUARY    2004 |

## MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Luis A. Lebron, and the defendants, John Armstrong, et al., hereby move for the dismissal of the above captioned lawsuit, with prejudice, in accordance with the Stipulated Settlement in Lebron v. Armstrong, et al., Civ. No. 3:01 CV 241 (CFD), a copy of which is attached in Attachment A. The parties further respectfully request that the provisions of the Stipulated Settlement be incorporated herein consistent with Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed. 2d 391 (1994) and they further move the Court for an order accordingly.

PLAINTIFF
Luis A. Lebron

BY:    _____
Luis A. Lebron # 185091
MacDougall-Walker Correctional Insti-
tution
1153 East Street South
Suffield, CT 06080



DEFENDANTS
John Armstrong, et al.

BY: _____

Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel No. (860) 808-5450
FAX (860) 808-5591
Robert.Vacchelli@po.state.ct.us
Federal Bar No. Ct05222

## CERTIFICATION

This certifies that the foregoing was mailed this        day of February, 2004, to:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Robert F. Vacchelli
Assistant Attorney General

# ATTACHMENT A

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS LEBRON<br>*Plaintiff,* | PRISONER<br>CIV. NO. 3:01CV241 (CFD) |
| v. | |
| JOHN ARMSTRONG, ET AL.<br>*Defendants.* | FEBRUARY   2004 |

## STIPULATED SETTLEMENT

WHEREAS, the above-entitled action was brought by Luis A. Lebron, as plaintiff, against John Armstrong, et al., charging the defendants with causing the plaintiff to sustain certain injuries; and

WHEREAS the plaintiff and the defendants are desirous of settling the above-referenced action now pending between them; and

WHEREAS, the plaintiff and defendants agree that settlement of all of the issues raised by the above referenced action would best serve the interests of the parties; and

WHEREAS, the plaintiff has consented and does hereby consent to this Stipulated Settlement and agrees to be bound thereby; and

WHEREAS, the defendants, by and through their undersigned counsel, have consented and do hereby consent to this Stipulated Settlement and agree to be bound thereby;

NOW, THEREFORE, without trial or adjudication of any of the issues of fact or law raised by the complaint herein, or which could have been raised therein, the parties hereby stipulate and agree as follows:

1.    The plaintiff shall immediately, and with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of the above captioned lawsuit with respect the defendants, and shall execute and deliver, in advance, a General Release satisfactory to the defendants.

2.    The plaintiff also shall immediately, and with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of the related federal court case of Lebron v. Armstrong, et al., No. 3:03 CV 1269 (EBB), previously dismissed without prejudice, and withdraw, with prejudice, the related state court case of Lebron v. Gomez, et. al., No. CV 02 398556,  with respect the defendants named therein, and shall execute and deliver, in advance, a General Release satisfactory to the defendants named therein.

3.    Following dismissal  and withdrawal of the lawsuits as discussed above, and receipt of the signed General Release, the State of Connecticut shall pay to the plaintiff the sum of two thousand dollars ($2,000.00) by a check made payable to the plaintiff.

4.    The payment, set forth above, shall be a full and complete satisfaction of all damages, costs and fees, of any kind whatsoever, including attorney's fees, respecting the defendants former Commissioner John Armstrong, Governor John Rowland, Hector Rodriguez, Giovanny Gomez, Deputy Commissioner Brian Murphy, Major Lori Krajniak, Major Christopher McDonald, Major Paul Bradnan, Counselor Supervisor Janet Sicilian, Lt. Ronald Pittman; Captain Marc Alderucci, Captain Michael Zacharewicz, Counselor Supervisor Karl Lewis, C/O Carol Samuels, C/O Ronnie Walker, C/O Laveda Taylor, C/O Jeffrey Suprenant, C/O Douglas Johnson, C/O Paul Germond, C/O Michael Lamourex, C/O Jeffrey Thomas, C/O Donald Bass, former Warden Larry Meyers and the Warden, Garner Correctional Institution, and all present or former officers, employees and agents of the State of Connecticut, Department of Correction and the State of

Connecticut itself, which Luis A. Lebron, his heirs, successors, assigns and representatives ever had, now have, or hereafter can, shall or may have, for, upon or by any reason or any matter, cause or thing whatsoever from the beginning of the world to the date of this Stipulated Settlement which are stated in or arise out of the factual incidents as set forth in his Complaints in the cases referenced in paragraphs 1 and 2, or which could have been set forth therein.

5.    It is expressly agreed and understood that the payment of the aforesaid sum and the fulfillment of the conditions in this stipulated settlement are not an admission of wrongdoing or liability on the part of the defendants to the actions referenced in paragraphs 1 and 2 or of any other present or former officer, agent or employee of the State of Connecticut, Department of Correction or of the State of Connecticut itself, but rather constitute a compromised settlement of the disputed claims made in the action set forth above.

6.    It is further agreed and understood that the payment to the plaintiff in this settlement shall be exempt from collection by the State Financial Services Center respecting plaintiff's reimbursable debts owed to the State, including costs of incarceration, but no debts shall be excused.

7.    The parties agree that the terms and conditions of this Stipulated Settlement shall be incorporated into the motions for order of dismissal, referenced to in paragraph 1 and 2 above, and that the United States District Court for the District of Connecticut may retain jurisdiction over this matter for the purpose of ensuring that all of the terms and conditions of this agreement are carried out as set forth herein.

8.    The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit with respect to the defendants in the above captioned case, and concerning the lawsuits referenced in

paragraph 2 above, and that the respective parties will each bear their own costs, fees and expenses, including any attorney's fees in all the matters referenced.

    9.    The Clerk may be directed to close this case.

PLAINTIFF
Luis A. Lebron

DATE_____    By:_____
    Luis A. Lebron # 185091
    MacDougall-Walker Correctional Institution
    1153 East Street South
    Suffield, CT 06080

DEFENDANTS
John Armstrong, et al.

DATE_____    By:_____
    Robert F. Vacchelli
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06106
    Tel No. (860) 808-5450
    FAX (860) 808-5591
    Robert.Vacchelli@po.state.ct.us
    Federal Bar No. Ct05222

## **CERTIFICATION**

This certifies that the foregoing was mailed this     day of February, 2004, to:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Robert F. Vacchelli
Assistant Attorney General

**WITHDRAWAL**
JD-CV-41 Rev. 10-01

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

| DOCKET NO. |
|---|
| CV–02–0398556–S |

RETURN DATE

COMPLETE ALL SECTIONS BELOW

NAME OF CASE *(FIRST-NAMED PLAINTIFF VS. FIRST- NAMED DEFENDANT)*

Luis Angel Lebron v. Gomez, et al.

| [X] Judicial District | [ ] Housing Session | [ ] G.A. No. | ADDRESS OF COURT *(No., street, town and zip code)* |
|---|---|---|---|
| | | | 1061 Main Street, Bridgeport, CT  06604 |

**SECTION I** *(Check one box below)* THIS WITHDRAWAL IS BEING FILED BECAUSE THE DISPUTE HAS BEEN RESOLVED BY

**I. COURT-ANNEXED ADR**

411088 [ ] Early Intervention
411089 [ ] Early Neutral Evaluation
411090 [ ] Attorney Trial Referee
411091 [ ] Fact-Finding
411093 [ ] Arbitration
411094 [ ] Mediation
411095 [ ] Special Masters
411096 [ ] Summary Jury Trial

**II. COURT INTERVENTION**

411098 [ ] Pretrial Conference
411099 [ ] Trial Management Conference
411100 [ ] Commencement of Trial *(court trial - first witness sworn; jury trial - trial jurors sworn)*

**III. PRIVATE ADR**

411102 [ ] Provider Name: _____

**IV. OTHER**

411103 [x] Discussion of Parties on Their Own
415602 [ ] Unilateral Action of Party(ies)

**SECTION II**    **WITHDRAWAL**

*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

- - - - - - - - - - - - - - - - - - - - - - - **DISPOSITIVE**  with Prejudice - - - - - - - - - - - - - - -

(WDACT)  [x] The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ] A judgment has been rendered against Defendant(s):

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - **PARTIAL** - - - - - - - - - - - - - - - - - - - - - -

The

(WDCOMP)  [ ] Complaint
(WDCOUNT)  [ ] Counts of the complaint: _____
(WDINTCO)  [ ] Intervening Complaint
(WDTHPC)  [ ] Third Party Complaint
(WAPPCOM)  [ ] Apportionment Complaint
(WDCC)  [ ] Cross Complaint (cross claim)
(WOC)  [ ] Counterclaim
(WOAAP)  [ ] Plaintiff(s): _____
(WOAAD)  [ ] Complaint against defendant(s): _____
[ ] Other: _____ only w/o costs

**in the above entitled action is withdrawn.**

SIGNATURE REQUIRED

| Plaintiff | ; By | Luis A. Lebron | Attorney |
|---|---|---|---|
| Plaintiff | ; By | | Attorney |
| Defendant | ; By | | Attorney |
| Defendant | ; By | | Attorney |

**NAME & ADDRESS OF SIGNER:** ►  Luis A. Lebron, # 185091
MacDougall-Walker Correctional Institution, 1153 East St. South, Suffield, CT  06080

**SECTION III**    **CERTIFICATION**

| I hereby certify that a copy was mailed/delivered to all counsel and pro se parties of record on: | DATE 2/ /04 | SIGNED *(Individual attorney or pro se party)* X | PHONE NO. *(Area code first)* |
|---|---|---|---|

NAME OF EACH PARTY SERVED *
Neil Parille, Asst. Attorney General

ADDRESS AT WHICH SERVICE WAS MADE*
110 Sherman Street
Hartford, CT  06105

* If necessary, attach additional sheet with names of each party served and the address at which service was made.



# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS LEBRON<br>*Plaintiff,* | :    CIV. NO. 3:01 CV 241 (CFD) |
| v. | : |
| JOHN ARMSTRONG, ET AL.<br>*Defendants.* | :    FEBRUARY    ,2004 |

### <u>GENERAL RELEASE</u>

**KNOW ALL MEN BY THESE PRESENTS** that **LUIS A. LEBRON**, does on behalf of himself, his heirs, successors, assigns and representatives, for and in consideration of the sum of $2,000.00 received from the State of Connecticut, herewith releases and forever discharges former Commissioner John Armstrong, Governor John Rowland, Hector Rodriguez, Giovanny Gomez, Deputy Commissioner Brian Murphy, Major Lori Krajniak, Major Christopher McDonald, Major Paul Bradnan, Counselor Supervisor Janet Sicilian, Lt. Ronald Pittman; Captain Marc Alderucci, Captain Michael Zacharewicz, Counselor Supervisor Karl Lewis, C/O Carol Samuels, C/O Ronnie Walker, C/O Laveda Taylor, C/O Jeffrey Suprenant, C/O Douglas Johnson, C/O Paul Germond, C/O Michael Lamourex, C/O Jeffrey Thomas, C/O Donald Bass, former Warden Larry Meyers and the Warden, Garner Correctional Institution, and all present or former officers, employees and agents of the State of Connecticut, Department of Correction and the State of Connecticut itself, from all actions, causes of action, suits, claims, controversies, damages and demands of every nature and name, including attorney's fees and costs, which **LUIS A. LEBRON**, his heirs, successors, assigns and representatives ever had, now have or hereafter can,

65

shall or may have for, upon or by any reason or any matter, cause or thing whatsoever from the beginning of the world to the date of this Release which are stated in or arise out of the factual incidents as set forth in his Complaints in the cases <u>Lebron v. Armstrong, et al.,</u> No 3:01CV241 (CFD); <u>Lebron v. Armstrong, et al.,</u> No. 3:03 CV 1269 (EBB) and <u>Lebron v. Gomez, et al.,</u> No. CV 02 398556, or which could have been set forth therein.

It is expressly understood and agreed that the payment of the aforesaid sum is not an admission of liability on the part of the defendants, former Commissioner John Armstrong, Governor John Rowland, Hector Rodriguez, Giovanny Gomez, Deputy Commissioner Brian Murphy, Major Lori Krajniak, Major Christopher McDonald, Major Paul Bradnan, Counselor Supervisor Janet Sicilian, Lt. Ronald Pittman; Captain Marc Alderucci, Captain Michael Zacharewicz, Counselor Supervisor Karl Lewis, C/O Carol Samuels, C/O Ronnie Walker, C/O Laveda Taylor, C/O Jeffrey Suprenant, C/O Douglas Johnson, C/O Paul Germond, C/O Michael Lamourex, C/O Jeffrey Thomas, C/O Donald Bass, former Warden Larry Meyers and the Warden, Garner Correctional Institution, and all present or former officers, employees and agents of the State of Connecticut, Department of Correction and the State of Connecticut itself, but, rather, constitutes the compromised settlement of the claims made in the matter set forth above.

The Releasor, **LUIS A. LEBRON**, has read this Release, understands all of its terms, and executes it voluntarily and with full knowledge of its significance.

**IN WITNESS WHEREOF, LUIS A. LEBRON** does herewith set his free hand and seal this _____ day of February, 2004.


_____
Luis A. Lebron

Signed and sworn to before me this _____ day of February, 2004.


_____
Notary Public/Commissioner of the Superior Court

Form **W-9**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give form to the
requester. Do not
send to the IRS.

**Name**
Luis A. Lebron

**Business name, if different from above**

Check appropriate box: ☒ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☐ Other ▶ .................  ☐ Exempt from backup withholding

**Address (number, street, and apt. or suite no.)**
1153 East Street South

**Requester's name and address (optional)**

**City, state, and ZIP code**
Suffield, CT 06080

**List account number(s) here (optional)**

*Print or type    See Specific Instructions on page 2.*

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). **However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3.** For other entities, it is your employer identification number (EIN). If you do not have a number, see **How to get a TIN** on page 3.

**Note:** *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

**Social security number**
0 4 8 6 8 0 3 7 6

**or**

**Employer identification number**

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**

2. I am not subject to backup withholding because: **(a)** I am exempt from backup withholding, or **(b)** I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or **(c)** the IRS has notified me that I am no longer subject to backup withholding, **and**

3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here**    Signature of U.S. person ▶    Date ▶ 2/   /04

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note:** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see **Pub. 515**, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X    Form **W-9** (Rev. 1-2003)



**Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a **nonresident alien or a foreign entity** not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 30% of such payments (29% **after** December 31, 2003; 28% **after** December 31, 2005). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will **not** be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

**1.** You do not furnish your TIN to the requester, or

**2.** You do not certify your TIN when required (see the Part II instructions on page 4 for details), or

**3.** The IRS tells the requester that you furnished an incorrect TIN, or

**4.** The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

**5.** You do not certify to the requester that you are not subject to backup withholding under **4** above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate **Instructions for the Requester of Form W-9.**

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

# Specific Instructions

## Name

If you are an individual, you must generally enter the name shown on your social security card. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your **individual** name as shown on your social security card on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name" line.

**Limited liability company (LLC).** If you are a single-member LLC (including a foreign LLC with a domestic owner) that is disregarded as an entity separate from its owner under Treasury regulations section 301.7701-3, **enter the owner's name on the "Name" line.** Enter the LLC's name on the "Business name" line.

**Other entities.** Enter your business name as shown on required Federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name" line.

**Note:** *You are requested to check the appropriate box for your status (individual/sole proprietor, corporation, etc.).*

## Exempt From Backup Withholding

If you are exempt, enter your name as described above and check the appropriate box for your status, then check the "Exempt from backup withholding" box in the line following the business name, sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

**Note:** *If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.*

**Exempt payees.** Backup withholding is **not required** on any payments made to the following payees:

**1.** An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2);

**2.** The United States or any of its agencies or instrumentalities;

**3.** A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities;

**4.** A foreign government or any of its political subdivisions, agencies, or instrumentalities; or

**5.** An international organization or any of its agencies or instrumentalities.

Other payees that **may be exempt** from backup withholding include:

**6.** A corporation;

**7.** A foreign central bank of issue;

**8.** A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States;

Form W-9 (Rev. 1-2003)

**9.** A futures commission merchant registered with the Commodity Futures Trading Commission;

**10.** A real estate investment trust;

**11.** An entity registered at all times during the tax year under the Investment Company Act of 1940;

**12.** A common trust fund operated by a bank under section 584(a);

**13.** A financial institution;

**14.** A middleman known in the investment community as a nominee or custodian; or

**15.** A trust exempt from tax under section 664 or described in section 4947.

The chart below shows types of payments that may be exempt from backup withholding. The chart applies to the exempt recipients listed above, **1** through **15.**

| If the payment is for . . . | THEN the payment is exempt for . . . |
| --- | --- |
| Interest and dividend payments | All exempt recipients except for **9** |
| Broker transactions | Exempt recipients **1** through **13.** Also, a person registered under the Investment Advisers Act of 1940 who regularly acts as a broker |
| Barter exchange transactions and patronage dividends | Exempt recipients **1** through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt recipients **1** through **7** [2] |

[1] See **Form 1099-MISC,** Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation (including gross proceeds paid to an attorney under section 6045(f), even if the attorney is a corporation) and reportable on Form 1099-MISC are **not exempt** from backup withholding: medical and health care payments, attorneys' fees; and payments for services paid by a Federal executive agency.

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a **resident alien** and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see **How to get a TIN** below.

If you are a **sole proprietor** and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-owner **LLC** that is disregarded as an entity separate from its owner (see **Limited liability company (LLC)** on page 2), enter your SSN (or EIN, if you have one). If the LLC is a corporation, partnership, etc., enter the entity's EIN.

**Note:** *See the chart on page 4 for further clarification of name and TIN combinations.*

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get **Form SS-5,** Application for a Social Security Card, from your local Social Security Administration office or get this form on-line at **www.ssa.gov/online/ss5.html.** You may also get this form by calling 1-800-772-1213. Use **Form W-7,** Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or **Form SS-4,** Application for Employer Identification Number, to apply for an EIN. You can get Forms W-7 and SS-4 from the IRS by calling 1-800-TAX-FORM (1-800-829-3676) or from the IRS Web Site at **www.irs.gov.**

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** *Writing "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.*

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

Form W-9 (Rev. 1-2003)

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 3, and 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). Exempt recipients, see **Exempt from backup withholding** on page 2.

**Signature requirements.** Complete the certification as indicated in **1** through **5** below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item **2** in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item **2** of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA or Archer MSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| **1.** Individual | The individual |
| **2.** Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| **3.** Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| **4. a.** The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| **b.** So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| **5.** Sole proprietorship or single-owner LLC | The owner [3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| **6.** Sole proprietorship or single-owner LLC | The owner [3] |
| **7.** A valid trust, estate, or pension trust | Legal entity [4] |
| **8.** Corporate or LLC electing corporate status on Form 8832 | The corporation |
| **9.** Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| **10.** Partnership or multi-member LLC | The partnership |
| **11.** A broker or registered nominee | The broker or nominee |
| **12.** Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] **You must show your individual name,** but you may also enter your business or "DBA" name. You may use either your SSN or EIN (if you have one).

[4] List first and circle the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.)

**Note:** *If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.*

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA or Archer MSA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. The IRS may also provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, and the District of Columbia to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, or to Federal and state agencies to enforce Federal nontax criminal laws and to combat terrorism.

You must provide your TIN whether or not you are required to file a tax return. Payers must generally withhold 30% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.





Dear Mr. Vacchelli;                                                    Feb. 24, 2004

        Enclosed are the documents your office
sent me for signatures and notary.
        Attorney Speyer has informed me by phone
and by letters that I will get the whole amount
settled for w/o anyone from any agency etc, with-
holding or taking so much as a penny. If this is
the case, then process the paperwork, if not, please
destroy the enclosed documents.
        Thank you.

                                        Sincerely,
                                        Luis A. Gibson

cc. Atty. Kenneth J. Speyer
        I.I. Gonzalez
        Mary E. Larsen

76



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

*Tel: (860) 808-5450*
*Fax: (860) 808-5591*

March 11, 2004

Luis Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Re: **Lebron v. Armstrong, et al.**
     **Civ. No. 3:01 CV 241 (CFD)**

Dear Mr. Lebron:

Thank you for sending me the settlement papers in the above case, and others.

In researching how to get the $2,000.00 settlement check to you, the Warden's Office at your facility informs me that your possession of the check would be considered contraband and, therefore, the check cannot be given to you. However, we can have the check deposited to your inmate account, for your use as permitted under the account.

Accordingly, upon satisfaction of the settlement conditions, and receipt of the check, I will send the check to inmate accounts for deposit to your account. I will send you a copy of my transmittal letter. We will hold your release in escrow pending deposit of the full $2,000.00 in your account. Pursuant to the settlement agreement, the State will not collect any of your reimbursable debts owed to the State from this payment, but no debts will be excused.

I assume this is acceptable to you. If not, please let me know by March 22, 2004, and I will cancel the settlement. If I do not hear from you by then, I will send the settlement papers to court and proceed to getting the check for deposit to you account for your use as permitted by the account.

Very truly yours,

Robert F. Vacchelli
Assistant Attorney General

RFV

Dear Mr. Vacchelli,                                          2-11-04

RE: Lebron -v- Armstrong, Et.Al # 3:01 CV-241 (CCFD)

    Thank you for your letter dated 2-11-04 regarding the settlement.

    Please go ahead and have the check deposited into my inmate account. Thank you.

                Sincerely,
                Luis A. Lebron

Dear Mr. Vacchelli,                                    March 18, 2004

RE: Goodfaith effort to prevent another suit.

I'm writing this letter in goodfaith effort
to see if you could intervene in an issue that
will end up in me filing another lawsuit against
the D.O.C.

Cheshire C.I. transfered me here back on Sept. 03,
where once again my property vanished into thin air.
(1) Color t.V., (2) walkman, (3) headphones, (4) under clothes,
(5) two sweatsuits, (6) two thermos, (7) 10 cassette tapes, (8) alarm
clock, (9) two legal books, (10) gym shorts, (11) sneakers, (12) beard
trimmers, (13) legal/ non-legal documents, etc;

I have already started the process for my
property claim. However, the problem is this. I have
attempted in goodfaith to resolve this issue w/o a
lawsuit being filed but it appears im still being
retaliated against because I excercised my right
to file civil action against the D.O.C.

The D.O.C. knows it had possession and/or
control of my property when it was lost, stolen, and/or
misplaced, yet claim it is <u>not</u> responsible for the
missing property anyway. Since I like it here
at MacDougall where I am close to my family
and am able to do something during my incar-
ceration etc; I don't wish to ruin that by filing
another suit and so I attempted to quelch it
by writing to the Warden and unit managers
w/ my proposal.

I have made them aware of my previous lawsuit and the fact that I don't wish to burn any bridges here, and that I would be willing to forget about any present harassment, retaliation and/or disparate treatment suffered by me at the hands of the D.O.C and its staff lately, if im allowed to have my family and outside Companys/Stores to mail in replacement property at my expense for the missing property lost on or around Sept. 2003, which is over $650.⁰⁰ worth. All of which would be property that the D.O.C currently allows inmates to purchase via commissary and/or allow inmates to order via catalog. My requests have been denied insofar, and this is where the problem lies.

Mr. Vacchelli, both Cheshire + MacDougall staff/ D.O.C." have allowed inmates to either have family members mail in replacement property for lost or missing property by the D.O.C or allowed inmates to order the property via catalog, but have been denying my requests to do the same, even though im requesting replacement property that the D.O.C allows inmates to have and/or purchase via commissary.

All inmates are to be treated the same in all respects. So why are inmates whom have not filed complaints against the D.O.C being allowed

80

③

to order replacement property via catalogs etc; due to lost, damaged, stolen or missing property, but not me? I am similarly situated w/ these other inmates. The only difference is that I filed a lawsuit and they didn't. As such, im being treated differently. As such, I have a claim of disparate treatment. I'm being discriminated against because of my previous lawsuit, which adds up to retaliation aswell. The fact that other inmates have been allowed to have boots, sneakers, video games, radio's, hotpots etc; due to loss of property, but not me, clearly shows im recieving disparate treatment and that the disparate treatment may be attributable to my previous lawsuit (as I have been D.R. free for about (6) years now) which adds up to retaliation and discrimination which violates my rights.

As you know, while I was at Cheshire, you talked to them and they agreed to let me recieve replacement property and after my family purchased everything, I was told that I couldn't get any property. That in itself was malicious + cruel because my family spent hundreds of dollars and had the property sitting at home for months so they couldn't be returned.

Anyway, all I want is to have a few replacement items sent in and ill forget

about any new claims.

I wrote to Warden Coster w/ this proposal but he forwarded it to Capt. Butler and he's no longer here.

Cleaver is the acting Major who oversees unit management and he's one of the officials who has allowed inmates to get replacement property sent in. I believe that if you bring this proposal up, he'll allow me to get the property and avoids any further civil action.

If I'm denied, when other inmates haven't, I can file a discrimination/retaliation suit. I really don't want to do that Mr. Vacchelli I like it here, I'm working and doing my 30 years in peace besides the issues I'm currently going through which I can't understand.

I have enclosed a list of the property I would like approved, all of which are authorized for inmates to possess. I really want to avoid having to file another suit.

Thank you for your time + help in this matter should you intervene.

P.S.

I've enclosed some of my receipts for the missing property as of Sept. 2003. Atty. Speyer has the rest. You may confirm it w/ him.

Sincerely,

Luis A. Jebson

1. Pair of sneakers *family*
2. Pair of boots *family*
3. Radio (X) *Catalog*
4. Hotpot (X) *Catalog*
5. Pair of headphones (X) *Catalog*
6. Chain + cross *Catalog or family*
7. Video game *family*
8. Walkman (X) *Catalog*
9. Beard trimmers (X) *Catalog*
10. Watch (X) *Catalog*
11. (14) cassette tapes *Family*
12. Plastic cassette storage box (X) *Catalog*
13. sandals *Catalog or family*
14. All natural protein powder (X) *Catalog*
15. Prescription medical eye glasses *Family*

    All of these are authorized for D.O.C pop-
ulation and are sold via D.O.C commissary/cantine.
There should be "NO" reason why this simple request,
(which other inmates have been allowed to recieve)
should be denied. If it is, I will have to go
through the process of starting my civil suit.

    I really don't want to. All the
property marked w/an (X) will be ordered via
Catalog from Jack L. Marcus Inc., the company
which supply D.O.C' w/ the items/property that
inmates purchase via commissary. The others my
family already has at home from the C.C.I attempt

83

```
              DISTRICT 1
NORTHERN

SALES INVOICE
LEBRON,LUIS
ACCOUNT No.185091
01/10/00 Time 01:11:16p TX# 000033  26__
-----------------------------------------
BEGINNING BALANCES:
Available Balance is 316.68
Spending Limit Balance is 50.00
=========================================
    QTY DESCRIPTION          PRICE
=========================================
     1 CLEAR KTV COLOR TV    240.50*
934585625
     1 BEARD TRIMMER          26.90*
9
     1 HEADPHONE EXT. CORD     3.98*
     1 AC ADAPTER              8.44*
          SUB TOTAL          279.82
             TAX              16.79
            TOTAL            296.61
       CHARGE 185091         296.61_____
-----------------------------------------
ENDING BALANCES:
Available Balance is 20.07
Spending Limit Balance is 50.00_____

-----------------------------------------

-----------------------------------------
Signature
      *** ALL SALES ARE FINAL! ***
```

84

05/02/2003 09:29                    DEPARTMENT OF CORRECTIONS                    Page   1 of  1
COM136                      CONNECTICUT DEPARTMENT OF CORRECTION                        OOROSRCC
                                        District 2                              4.12.0.0.3CO

                                   S A L E S   R E C E I P T                       /11·38

Location:   125-G               Name: LEBRON, LUIS
                                                                        DOC#  :   0000185091
05/02/2003  09:29:46 AM         Sales Order Id: 1718991
                                                                        Staff ID: COM136

BEGINNING BALANCES:   Available Balance is        36.03   Spending Limit Balance is      50.00

        Quantity   Description                                                    Price
= = = = = = = =        1   HEADPHONE (LARGE)   = = = = = = = = = = = = = = = = =
                                                                                  27.83
                                                        SUB TOTAL        27.83
                                                        TOTAL TAX         1.67
                                                        TOTAL            29.50

02/10/2003 09:44                    DEPARTMENT OF CORRECTIONS                    Page   1 of  1
COM105                      CONNECTICUT DEPARTMENT OF CORRECTION                        OOROSRCC
                                        District 2                              4.12.0.0.3CO

                                   S A L E S   R E C E I P T                       N1·38

Location:   125-G               Name: LEBRON, LUIS
                                                                        DOC#  :   0000185091
02/10/2003  09:44:35 AM         Sales Order Id: 1558766
                                                                        Staff ID: COM105

BEGINNING BALANCES:   Available Balance is        30.66   Spending Limit Balance is      50.00

        Quantity   Description                                                    Price
= = = = = = = =  1   AC ADAPTER *    = = = = = = = = = = = = = = = = = = = = =
                 1   LCD ALARM CLOCK                                               8.47
                                                                                  8.18
                                                        SUB TOTAL        16.65
                                                        TOTAL TAX         0.51
                                                        TOTAL            17.16

ENDING BALANCES:    Available Balance is          13.50   Spending Limit Balance is      50.00

                                        ( 85 )

02/13/2002 12:35
COM105

**DEPARTMENT OF CORRECTIONS**
CONNECTICUT DEPARTMENT OF CORRECTION
District 2

Page    1  of  1
OOROSRTC
4.12.0.0.2 0

B-117

S A L E S    R E C E I P T

Location:    136-B

02/13/2002  12:35:47 PM

Name: LEBRON, LUIS

Sales Order Id:  884339

DOC#  :    0000185091

Staff ID: COM105

BEGINNING BALANCES:    Available Balance is        269.24    Spending Limit Balance is        50.00

Quantity  Description                                                              Price

1  NIKE AIR FUTURE FLIGHT 52608                                           68.90
1  CLEAR DIGITAL CASSETTE                                                  51.99

SUB TOTAL      120.89
TOTAL TAX        3.12
TOTAL          124.01

ENDING BALANCES:    Available Balance is        145.23  Spending Limit Balance is        50.00

CASS    370832

86

03/22/2002 10:03
COM105

**DEPARTMENT OF CORRECTIONS**
**CONNECTICUT DEPARTMENT OF CORRECTION**
District 2

Page   1   of   1
OOROSROC
4.12.0.0.200

S A L E S   R E C E I P T

Location:   136-B

Name: LEBRON, LUIS

DOC# :   0000185091

03/22/2002   10:03:27 AM

Sales Order Id:  954926

Staff ID: COM105

BEGINNING BALANCES:   Available Balance is        16.40   Spending Limit Balance is        50.00

Quantity   Description

Price

B-117   1   CASSETTE TAPE

12.97

SUB TOTAL     12.97
TOTAL TAX      0.78
TOTAL         13.75

ENDING BALANCES:   Available Balance is        2.65   Spending Limit Balance is        50.00

---

02/14/2002 09:59
COM105

**DEPARTMENT OF CORRECTIONS**
**CONNECTICUT DEPARTMENT OF CORRECTION**
District 2

Page   1   of   1
OOROSROC
4.12.0.0.200

B-117

S A L E S   R E C E I P T

Location:   136-B

Name: LEBRON, LUIS

DOC# :   0000185091

02/14/2002   09:59:27 AM

Sales Order Id:  886997

Staff ID: COM105

BEGINNING BALANCES:   Available Balance is        64.47   Spending Limit Balance is        50.00

Quantity   Description

Price

1   CASSETTE TAPE
1   CASSETTE TAPE

11.67
12.97

SUB TOTAL     24.64
TOTAL TAX      1.48
TOTAL         26.12

ENDING BALANCES:   Available Balance is        38.35   Spending Limit Balance is        50.00

I ORDERED THE REST OF YUR TAPES


87

04/25/2001 07:43                    DEPARTMENT OF CORRECTIONS                    Page   1  of  1
COM105                        CONNECTICUT DEPARTMENT OF CORRECTION                      OOROSRCC
                                         District 2

                                  S A L E S   R E C E I P T

Location:    125-E               Name: LEBRON, LUIS                DOC#  :  0000185091
04/25/2001   07:43:21 AM         Sales Order Id:  350491           Staff ID: COM105

BEGINNING BALANCES:    Available Balance is        16.14   Spending Limit Balance is        50.00

        Quantity   Description                                              Price

SB507      1    CASSETTE TAPE                                               11.69
                                                            SUB TOTAL       11.69
                                                            TOTAL TAX        0.70
                                                            TOTAL           12.39


11/14/2001 13:05                    DEPARTMENT OF CORRECTIONS                    Page   1  of  1
COM105                        CONNECTICUT DEPARTMENT OF CORRECTION                      OOROSRCC
                                         District 2

                                  S A L E S   R E C E I P T

Location:    136-B               Name: LEBRON, LUIS                DOC#  :  0000185091
11/14/2001   01:05:16 PM         Sales Order Id:  718543           Staff ID: COM105

BEGINNING BALANCES:    Available Balance is        57.78   Spending Limit Balance is        50.00

        Quantity   Description                                              Price

           1    CASSETTE TAPE                                                9.07
                                                            SUB TOTAL        9.07
                                                            TOTAL TAX        0.54
B-10)                                                       TOTAL            9.61

ENDING BALANCES:    Available Balance is        48.17   Spending Limit Balance is        50.00

```
10/31/2000 14:43              DEPARTMENT OF CORRECTIONS                Page   1  of
COM111                  CONNECTICUT DEPARTMENT OF CORRECTION                OOROSRC
                                    District 3

                          S A L E S   R E C E I P T


   Location:    140-F          Name: LEBRON, LUIS              DOC#  :  0000185091

   10/31/2000   02:43:23 PM    Sales Order Id:  104911         Staff ID: COM111
```

BEGINNING BALANCES:    Available Balance is       95.94   Spending Limit Balance is      20.8

Quantity   Description                                              Price

    1   CASSETTE TAPE                                               8.78
    2   CASSETTE TAPE                                              ·21.46

                                                    SUB TOTAL      30.24
                                                    TOTAL TAX       1.82
                                                    TOTAL          32.06

```
02/28/2002 07:58             DEPARTMENT OF CORRECTIONS                Page   1  of  1
COM105                  CONNECTICUT DEPARTMENT OF CORRECTION                OOROSRC
                                    District 2                          4.12.0.0.2C
  B-117
                          S A L E S   R E C E I P T


   Location:    136-B          Name: LEBRON, LUIS              DOC#  :  0000185091

   02/28/2002   07:58:04 AM    Sales Order Id:  911138         Staff ID: COM105
```

BEGINNING BALANCES:    Available Balance is       34.25   Spending Limit Balance is      50.00

Quantity   Description                                              Price

    1   CASSETTE TAPE                                              12.97

                                                    SUB TOTAL      12.97
                                                    TOTAL TAX       0.78
                                                    TOTAL          13.75

ENDING BALANCES:    Available Balance is       20.50   Spending Limit Balance is      50.00

WE ORDERED YOU OTHER TAPES

89