```
01/27/2003 08:08                DEPARTMENT OF CORRECTIONS                Page    1 of   1
COM105                      CONNECTICUT DEPARTMENT OF CORRECTION                  OOROSRCC
                                         District 2                              4.12.0.0.3CO
                                    S A L E S   R E C E I P T
                                                                            N1.38
Location:      125-G           Name: LEBRON, LUIS                DOC#  :   0000185091
01/27/2003   08:08:54 AM       Sales Order Id: 1531903           Staff ID: COM105
```

BEGINNING BALANCES:   Available Balance is      55.77   Spending Limit Balance is     50.00

         Quantity    Description                                                 Price
         ==========  ===============================================================
              1      CLEAR DIGITAL CASSETTE                                       51.99
                                                                 SUB TOTAL       51.99
                                                                 TOTAL TAX        3.12
                                                                 TOTAL           55.11

```
10/29/2002 13:37                DEPARTMENT OF CORRECTIONS                Page    1 of   1
COM105                      CONNECTICUT DEPARTMENT OF CORRECTION                  OOROSRCC
                                         District 2                              4.12.0.0.3CO
                                    S A L E S   R E C E I P T
                                                                            55.31
Location:      125-E           Name: LEBRON, LUIS                DOC#  :   0000185091
10/29/2002   01:37:46 PM       Sales Order Id: 1361286           Staff ID: COM105
```

BEGINNING BALANCES:   Available Balance is      61.35   Spending Limit Balance is     50.00

         Quantity    Description                                                 Price
         ==========  ===============================================================
              1      HEADPHONE (LARGE) *                                         27.83
              1      Y-ADAPTER *                                                  3.71
              1      ANTENNAS                                                     3.50
              1      EXTENSION CORD *                                             1.71
                                                                 SUB TOTAL       36.75
                                                                 TOTAL TAX       2.20
                                                                 TOTAL          38.95

ENDING BALANCES:    Available Balance is      22.40   Spending Limit Balance is      50.00

(90)



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

April 1, 2004

Luis A. Lebron #185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Re: **Property**

Dear Mr. Lebron:

    Thank you for your letter dated March 18, 2004, concerning lost property. This is a matter within the jurisdiction of the Department of Correction. Accordingly, I am forwarding it to the Warden of your facility for his review and disposition.

Very truly yours,

Robert F. Vacchelli
Assistant Attorney General

RFV
cc: Warden Michael E. Carter w/enclosure

APR 2 3 20

Dear Mr. Vocchetti,                                              April 22, 2004

    I'm sorry about this but the settlement agreement wasn't what I believed it to be.

    I was aware about the fact that I wouldn't be allowed property as agreed upon in Cheshire, but the glasses were for medical reasons resulting from the incident which lead to my injury claim. I believe I wrote to you several times regarding the glasses being sent and payed for by my family and that it was part of the settlement.

    Upon inquiring here, I was told that I couldn't have them sent in. If that's not the case, then the settlement agreement should be void as I believed that the glasses was part of the deal.

    The D.O.C won't provide them even though the doctors stated that I needed them. The D.O.C medical staff claims they are too expensive for them to provide. My family will pay for them. I just need authorization which I believed was part of the settlement agreement.

(92)

I have written to you about the glasses, plus if you check w/ medical, you'll see that UCONN doctors ordered I be supplied w/ tinted frames glasses. I was only given 20% tints which only help a little and D.O.C won't provide any darker lenses even though I medically need them.

So now I can't even go to outside recreation in the day time.

In all seriousness, my eyes are messed up.

Respectfully submitted,

[signature]

May 8, 2004

Dear Mr. Vacchelli,

RE: Lebron V Armstron, Et Al 3:01CV241(CFD) & 3:03CV1269(EBB)

Enclosed is your required copy of my response & motion requesting review of the judicial proceedings in the above captioned cases for Court errors & prejudice to me & my case.

I am asking the Court to exercise its supervisory authority to determine whether or not the Court errors & abuse of discretion by Droney prejudiced me & my case aswell as violated my Constitutional right to have the factual issues resolved by a jury.

The Court errors & abuse of discretion by Droney in not appointing counsel even after showing of exceptional circumstance, prevented me from obtaining the evidence needed to prove my claims. AS such, said errors & failures put me in a position where I had no choice but to settle or end up getting Summary judgement for the defendants or losing at trial for lack of evidence to prove my claims.

Upon research, I came across cases that stated this violated my Constitutional rights and called for an order to w/draw the previous order, & remand the case to the jury trial list.

I have stated enough facts in all my motions warranting my case to be re-instated and/or a new settlement agreement drawn up.

I will make this offer a one time deal. Should the defendants refuse it in whole or in part, NO settlement agreement will be accepted if & when my case is re-opened.

The offer is $5,000.00 & the following property items which are permitted dy the D.O.C.

1. Two pairs of medically prescribed tinted glasses,
2. A pair of sneakers,
3. A pair of boots,
4. A walkman,
5. Two pairs of headphones,
6. A cassette radio,
7. A hot-pot,
8. A chain & cross,
9. Beardtrimmers,
10. Three protein powders,
11. Fourteen tapes,
12. Video game & cartridges
13. Plastic cassette storage case.

All these items are allowed by the D.O.C as numerous inmates here have all of the items listed above.

Please advise on the following/ above mentioned.
Thank you for your time.

Sincerely,

*[signature]*
MacDougall C.I.
1153 East St. South
Suffield, Ct. 06080

Dear Mr. Vacchelli,                                May 27, 2004

RE: Lebron-v- Armstrong, # 3:01CV241(CFD)(WIG)

I just recieved Hon. Droney's order and I have just been advised that I can obtain a hearing and/or appeal any of my two motions should both or either be denied.

I have also obtained attorney Antonio Ponvert's address and will write to him should the settlement not be modified or the order vacated.

As for my previous letter regarding the property, the commissioner and wardens have approved the sale of video games as well as CD players. So, should your defendants agree to allow me to order property via catalog and a couple from my family, I will drop everything and I wont contact Mr. Ponvert regarding my case nor will I agree to testify on his behalf regarding Joslyn's use of force lawsuit to show a pattern of abuse at Northern C.I.

I have no doubt that the order will be set aside due to the clear prejudice to me and my case. If the defendants choose not to modify the settlement, I will not settle at all and contact Antonio Ponvert. On top of that, I will continue my retaliation and harassment claims. I already have someone typing up my letter/complaint to Comm. Lantz regarding G.C.I and CCI not responding to my letters or grievances regarding retaliation and harassment which none of these facilities

(95)

acknowledge on 1991 and two.

Also, Cheshire transferred me over here days after having an exchange of words w/ defendant Karl Lewis and correction Gallock on South one, that resulted in my T.V., walkman, trimmers, tapes, sneakers, clothes, legal books, legal + non legal documents etc., vanishing into thin air.

Acting Major Cleaves here at MacDougall has been allowing inmates to order property via mail order to replace lost or damaged property. However, I'm not allowed to do the same. As such, I'm receiving disparate treatment.

Inmates can only have obtained property by two ways. (A) <u>staff approval</u>, or (B) <u>staff smuggling it in</u>. I can cause serious trouble for the D.O.C. in Court which will also bring forth an internal investigation.

I'm not going to put all my cards on the table, but this is all for now.

Due to the new property approved by the Commissioner and Wardens, I have submitted a new list since the items on my previous letter to you are already approved by the D.O.C.

Please advise.

Sincerely,

[signature]

(96)

<u>Modified settlement agreement</u>

1. 13" color t.v.
2. walkman
3. CD player + case
4. cassette radio
5. chain + cross
6. Hotpot
7. (14) tapes
8. (14) CD's
9. beard trimmers
10. (4) protien powders
11. tape storage case (plastic)
12. (2) headphones
13. video game + cartridges
14. boots
15. sneakers
16. sandals
17. electric razor + replacement heads
18. (2) pairs of medical tinted glasses

Should the defendants agree to all of the above, and you get me the check w/in 30 days of the new agreement being signed, along w/a letter from the commissioner saying that I can keep the above items "WHILE" in general population, I will drop all claims and the amount from $5,000.00 to $3,500.00

Should my order be set aside by Hon. Kravey, advise your clients that I will not settle out period for anything under $10,000, plus ill contact Atmic Parent.

(97)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS A. LEBRON<br>*Plaintiff*, | PRISONER<br>CIVIL NO. 3:01CV241 (CFD) (WIG) |
| v. | |
| JOHN ARMSTRONG, ET AL.<br>*Defendants*. | JUNE 14, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that defendants, John Armstrong, et al., have manually filed the following documents:

- Exhibits D, E, F, G and H to Defendants' Response to Court's Order of May 19, 2004 to Show Cause and in Response to Plaintiff's Motion Requesting Review Dated May 8, 2004

These documents have not been filed electronically because

[ X ]  the documents cannot be converted to an electronic format
[  ]  the electronic file size of the document exceeds 1.5 megabytes
[  ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of June, 2004:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Robert F. Vacchelli
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

2