U.S.D.C
District of Connecticut    FILED

Luis A. Lebron      :   Civ. # 3:01 cv-241 (CFD)(WIG)
    -vs-            :   2004 AUG 23 P 5:04
John J. Armstrong   :   U.S. DISTRICT COURT
                        BRIDGEPORT, CONN.
                        Aug. 19, 2004

## Motion to Consolidate

Plaintiff, Luis A. Lebron, respectfully moves this Court for an order consolidating this action with 3:03 CV-1269 (EBB), another civil action lawsuit connected to the above mentioned suit in this Court. These two cases have a common factual and legal basis/arguments and that the intrests of Judicial economy would be served by this consolidation.

Plaintiff, Luis A. Lebron
By: *Luis A. Lebron*
MacDougall C.I.
1153 East St. South
Suffield, Ct. 06080

## ORDER

The foregoing motion having been presented to this Court is hereby GRANTED/DENIED.

_____
Judge/Asst. Clerk

(1)

## CERTIFICATION

This is to Certify that a copy of the foregoing has been mailed on this 19 day of August, 2004 to the following:

✱ Robert F. Vacchelli
110 Sherman St.
Hartford, Ct. 06105-2294

*[signature]* — 185091