UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| | PRISONER |
| LUIS A. LEBRON | : CIVIL NO. 3:01CV241 (CFD) (WIG) |
| *Plaintiff*, | : |
| | : |
| v. | : |
| | : |
| JOHN ARMSTRONG, ET AL. | : AUGUST 26, 2004 |
| *Defendants*. | |

**SUPPLEMENT TO DEFENDANTS' RESPONSE TO COURT'S ORDER OF MAY 19, 2004 TO SHOW CAUSE AND IN RESPONSE TO PLAINTIFF'S MOTION REQUESTING REVIEW**

The defendants, John Armstrong, et al., by and through their undersigned counsel, hereby supplement their submissions made in their Response to the Court's Order of May 19, 2004 to Show Cause and in Response to Plaintiff's Motion Requesting Review filed on or about June 14, 2004, by adding the attached correspondence of August 12, 2004, received from plaintiff wherein he requests quick settlement of this litigation. See Letter, Attachment A.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  /s/
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of August, 2004:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

                                                        /s/
                                            Robert F. Vacchelli
                                            Assistant Attorney General