Dear Mr. Vacchelli;            Aug. 12, 2004

RE: Lebron -v- Armstrong et al. 3:01-CV-241 (CFD)

    I am in a bind right now due to the loss of my property on my recent transfer here to MacDougall. As you know, I get transferred every 6-12 months for harassment purposes and to purposely lose some of my property in the process.

    I need property and my family really can't afford to once again send me enough money to once again order new property.

    If you can have the $2000.00 deposited into my inmate account by the <u>end of this month</u> I will w/draw my motion seeking judicial review along w/ the last issue, even though the Court errors and the Judges denial to appoint counsel etc; would be grounds to re-open my claims. Again, should you get whom ever makes the payments to expedite the payment process (even though its been months already) to have the money in my inmate account by Aug. 31, 2004 we can settle this thing once + for all.

    Please respond A.S.A.P. Thank you.

                                          Sincerely,

                                          Luis A. Lebron

P.S.

In regards to the disparate treatment etc; no one has responded to my letters, requests etc; nor have they acknowledged or responded to the letters you forwarded to them on July 19, 2004. Per Administrative directives, letters, requests etc; must be responded to w/in 14 days. I don't why, since it came from you.