UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| LUIS A. LEBRON | PRISONER |
| *Plaintiff*, | CIVIL NO. 3:01CV241 (CFD) (WIG) |
| v. |  |
| JOHN ARMSTRONG, ET AL. | AUGUST 26, 2004 |
| *Defendants*. |  |

**<u>MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE</u>**

By pleading dated August 19, 2004, plaintiff pro se inmate asks this court to consolidate cases No. 3:01CV241(CFD) with No. 3:03CV1269(EBB). Both cases were part of a joint settlement agreement which plaintiff later sought to undo. His opposition pleadings are still pending.

Defendants object to consolidation because case No. 3:03CV1269(EBB) was dismissed, without prejudice, on October 7, 2003. Also, these cases primarily involve different facts. In the first case, plaintiff complained about being affected by mace sprayed at another inmate. The second complained about transfers and missing property allegedly caused in retaliation for the first complaint. Moreover, we believe that settlement should be enforced.

Wherefore, we urge the court to deny plaintiff's motion.

                      DEFENDANTS
                      John Armstrong, et al.

                      RICHARD BLUMENTHAL
                      ATTORNEY GENERAL

BY: \_\_\_\_\_/s/_____
       Robert F. Vacchelli
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT 06105
       Federal Bar #ct05222
       E-Mail: robert.vacchelli@po.state.ct.us
       Tel.: (860) 808-5450
       Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of August, 2004:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

                      _____/s/_____
                      Robert F. Vacchelli
                      Assistant Attorney General