UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS A. LEBRON | : PRISONER |
| *Plaintiff*, | : CIVIL NO. 3:01CV241 (CFD) (WIG) |
| | : |
| v. | : |
| | : |
| JOHN ARMSTRONG, ET AL. | : AUGUST 26, 2004 |
| *Defendants*. | |

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S AFFIDAVIT DATED AUGUST 19, 2004 CONCERNING APPEARANCE

By affidavit dated August 19, 2004, plaintiff pro se inmate asserts that another reason why the settlement in this case should be undone is because the undersigned was not the attorney representing the defendants in two of the three lawsuits which were in the joint settlement.

The contention is not correct. The undersigned is an assistant attorney general assigned, inter alia, to represent the Department of Correction and its officials and employees pursuant to Conn. Gen. Stat. §3-125 and 5-141d(b). All of the defendants in the cases subject to settlement were in those categories. An appearance by the undersigned in all of the cases settled was not necessary under the structure of the settlement as described in the settlement agreement entered in this matter dated February 24, 2004, agreed to by plaintiff and approved by the court.

Wherefore, we continue to urge the court to enforce the settlements and deny plaintiff's efforts to undo them.

                                                DEFENDANTS
                                                John Armstrong, et al.

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

BY: _____/s/_____
        Robert F. Vacchelli
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT 06105
        Federal Bar #ct05222
        E-Mail: robert.vacchelli@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of August, 2004:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

                                            _____/s/_____
                                            Robert F. Vacchelli
                                            Assistant Attorney General