United States District Court
District of Connecticut

FILED

Luis A. Lebron         : Civ # 3:01 cv241(CFD)(HBF)
    v.                 :
Armstrong et al        : Sept. 1, 2004

2004 SEP -7 P 4:08
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

\*\*\* Plaintiffs affidavit to defendants Aug. 26, 2004 motions and memorandums in response to plaintiffs pleading dated Aug. 19, 2004 \*\*\*

1. The plaintiff does not object to defendants opposition to plaintiffs motion to consolidate.

2. The plaintiff would also like to inform the COURT that the defendants attorney keeps falsely misinforming this COURT about facts in the civil suit. The defendants attorney, (Robert F. Vacchelli) keeps saying in pleadings/motions that this plaintiff complaint is due to having been affected by mace sprayed at another inmate. <u>This is untrue</u>, but its an attempt to down play the claim against the defendants. This plaintiff was MACED "directly in the face" by defendant Samuels due to her attempt to MACE another inmate in a <u>moving vehicle</u> doing <u>65-70 mph</u> on the <u>highway</u>, all while all three (3) inmates were restrained by a <u>cage</u>, <u>handcuffs</u>, <u>black box</u>, <u>tether chain</u>, <u>belly chain</u>, <u>shackles</u>, and <u>seatbelts</u> all because the inmate made a comment that Ms. Samuels didn't like.

3. The D.O.C and the defendants falsified both the <u>incident reports</u> and <u>medical reports</u> in an attempt to cover up the incident to protect themselves. The "<u>VIDEOS</u>" clearly show I, the plaintiff, was maced <u>fully</u> in the face, red eyes, runny nose, coughing etc; while the reports alleged the opposite. This plaintiff was denied copies of the videos because the defendants alleged it would be contraband, plus the Court denied all motions for appointment of counsel who would then be able to obtain the video tapes to clearly and unequivocally prove the reports were falsified in a conspiracy attempt to cover-up the alleged "<u>justifiable use of force</u>" incident.

4. The Plaintiff could NOT prove this claim without those videos which the plaintiff <u>COULD NOT</u> obtain without counsel. This plaintiff informed the COURT about this fact and others, yet counsel was NEVER appointed despite the exceptional circumstances provided to the Court.

⚹ *Luis A. Lebron*
Luis A. Lebron
M.C.I
1153 Est. St. South
Suffield, Ct. 06080

CERTIFICATION

I hereby certify that a copy of this was sent to the following on Sept. 1, 2004.
⚹ Robert F. Vacchelli, 110 Sherman St., H.t.f.d, Ct. 06105

*Luis A. Lebron*