United States District Court
District of Connecticut

Luis A. Lebron          :    Civil No. 03:01 CV 241 (CFD)
    -vs-                :
John Armstrong, et al,  :    Date: Nov. 5, 2004

## Motion for injunctive relief

The plaintiff, Luis A. Lebron, files this motion for injunctive relief for one of the following requests.

(A) The granting of plaintiffs motion for judicial review regarding Court errors on plaintiffs civil suits, and/or

(B) Order the state/defendants to immediately pay this plaintiff the (two thousand) $2,000.00 owed to him within the next 30 days.

Plaintiff,
Luis A. Lebron
By: Luis A. Lebron #185091
M.C.I
1153 East St. South
Suffield, Ct. 06080

## CERTIFICATION

This certifies that a copy of the foregoing was mailed this Nov. 5, 2004 to:

Robert F. Vacchelli
Asst. Atty. General
110 Sherman St.
Hartford, Ct. 06105

Plaintiff,
Luis A. Lebron #185091

x /s/ Luis A. Lebron