UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LUIS A. LEBRON | : | PRISONER<br>CIVIL NO. 3:01CV241 (CFD) (WIG) |
| *Plaintiff*, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 19, 2004 |
| *Defendants*. |  |  |

## MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

By pleading dated November 5, 2004, plaintiff pro se inmate asks the court to enter an injunctive order in this case "for judicial review regarding Court errors on plaintiff's civil suits" and/or for an order requiring the "state/defendants to immediately pay this plaintiff the $2,000.00 owed to him…" We urge the court to deny the relief.

Injunctive relief is not available where the plaintiff has an adequate remedy at law. Inmates of Attica Correctional Facility v. Rockefeller, 455 F.2d 12, 21 (2nd Cir. 1971). In the instant case, plaintiff has or can raise the same issues in his pleadings in this case. He has asked for judicial review in his pleading dated May 8, 2001 titled "Motion Requesting Review of Judicial Proceedings Regarding Captioned Case Above For Court Errors and Abuse of Discretion by Hon. Judge Christopher F. Droney Prejudicing the Plaintiff as well as his Civil Suit Against Defendants." Also, the issue of whether plaintiff should receive the $2,000, which he earlier agreed to in settlement and then sought to undo when the court issued orders effectuating the settlement, is pending in his pleading dated April 22, 2004 titled "Motion to

withdraw the previous Motion for Dismissal dated February 24, 2004" and defendants' opposition papers urging the court to reject the effort to undo the settlement.

Wherefore, we urge the court to deny plaintiff's Motion for Injunctive Relief.

                DEFENDANTS
                John Armstrong, et al.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:    /s/_____
      Robert F. Vacchelli
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT 06105
      Federal Bar #ct05222
      E-Mail: robert.vacchelli@po.state.ct.us
      Tel.: (860) 808-5450
      Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of November, 2004:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

                /s/_____
                Robert F. Vacchelli
                Assistant Attorney General