United States District Court
District of Connecticut

Luis A. Lebron
  v.
John Armstrong, et Al.

CIVIL NO. 3:01 CV 241 (CFD)(WIG)

**FILED**

Dec. ~~2004~~ 2004 DEC -9 P 4:03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION FOR JUDGEMENT

  On May 8, 2004, this plaintiff filed a motion titled, Motion requesting Review of Judicial proceedings regarding the above captioned case aswell as two (2) other complaints filed against the defendants.

  To date, "_over eight_" months "_after_" having filed said motion, this Court has not acted on, nor ruled on said motion.

  On November 5, 2004, this plaintiff filed a motion for injunctive relief asking this Court to enter an order in said Injunctive motion dated Nov. 5, 2004 for either JUDICIAL REVIEW regarding Court errors on plaintiffs civil suits AND/OR for an order requiring the State/Defendants to immediately deposit the two thousand dollars ($2,000.00) owed to this plaintiff, in his inmate account.

  The above captioned case and all motions filed by this plaintiff has been dormant for months and this plaintiff asks this Court to rule on said motions or to order the State/Defendants to deposit

the two thousand dollars ($2,000.00) into this plaintiffs inmate account within but no later than (15) days from this Courts order as it was NOT a jury award, nor is the State/Defendants appealing the settlement. As such, this plaintiff should've recieved payment soon after this Court approved the settlement, as was the cases of Flannigan and Jolly.

This plaintiff seeks JUDGEMENT on the May 8, 2004 MOTION seeking "JUDICIAL REVIEW" and/or for this Court to exercise its authority and ORDER the defendants to pay the plaintiff the two thousand dollars ($2,000.00) owed to him NO later than (15) business days from this Courts order and that failure to do so should result in this plaintiff being allowed to recover of the State/defendants the sum of $2,000.00 with interest therein at the rate of the percentage as provided by law.

x_____
Luis A. Lebron
MacDougall CI
1153 East St. South
Suffield, Ct. 06080

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 2th day of December, 2004:

Robert F. Vacchelli
Asst. Atty. General
Mackenzie Hall
110 Sherman St,
Hartford, Ct. 06105-2294

*Luis A. Lebron*
Luis A. Lebron
<u>Plaintiff</u>