UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS A. LEBRON<br>   *Plaintiff*, | PRISONER<br>: CIVIL NO. 3:01CV241 (CFD) (WIG)<br>:<br>: |
| v. | :<br>: |
| JOHN ARMSTRONG, ET AL.<br>   *Defendants*. | :<br>: DECEMBER 17, 2004 |

**<u>MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT</u>**

By pleading dated December 7, 2004, plaintiff pro se inmate asks the court to act on his prior pending motions or order the State to pay him $2,000. Defendants have no objection to the plaintiff's request that the court act, but we urge the court to deny the relief plaintiff requests.

The issue of whether plaintiff should receive the $2,000, which he earlier agreed to in settlement and then sought to undo when the court issued orders effectuating the settlement, is pending in his pleading dated April 22, 2004 titled "Motion to withdraw the previous Motion for Dismissal dated February 24, 2004" and defendants' opposition papers urging the court to reject the effort to undo the settlement. Plaintiff also raised issues testing whether the settlement should be enforced in his pleading dated May 8, 2001 titled "Motion Requesting Review of Judicial Proceedings Regarding Captioned Case Above For Court Errors and Abuse of Discretion by Hon. Judge Christopher F. Droney Prejudicing the Plaintiff as well as his Civil Suit Against Defendants" and defendants' opposition papers. In this regard, plaintiff's request for court to rule in his favor on his pending motions is redundant, and his request for $2,000 provided for in the settlement, without being obligated to dismiss or withdraw his cases referenced in the settlement and abide by his other agreements therein, is without justification or authority as

argued in defendants' opposition papers referenced above. Of course, defendants have no objection to the court taking action, but they object to plaintiff's effort to undo the settlement and his requests for money without being subject to the agreements in the settlement.

Wherefore, we urge the court to deny plaintiff's Motion for Judgment.

        DEFENDANTS
        John Armstrong, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____/s/_____
        Robert F. Vacchelli
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT 06105
        Federal Bar #ct05222
        E-Mail: robert.vacchelli@po.state.ct.us
        Tel.: (860) 808-5450
        Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of December, 2004:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

       _____/s/_____
       Robert F. Vacchelli
       Assistant Attorney General