UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LUIS A. LEBRON | : | PRISONER |
| *Plaintiff*, | : | CIVIL NO. 3:01CV241 (CFD) (WIG) |
|  | : |  |
| v. | : |  |
|  | : |  |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 30, 2004 |
| *Defendants*. |  |  |

## SUPPLEMENT TO DEFENDANTS' OPPOSITION MEMORANDA TO PLAINTIFF'S MOTION TO WITHDRAW

The defendants, John Armstrong, et al., hereby supplement their memoranda in opposition to plaintiff's effort to undo the settlement in the above case by noting that on December 22, 2004, United States District Court Judge Ellen Bree Burns denied plaintiff's effort to reinstate the case of <u>Lebron v. Armstrong</u>, No. 3:03CV1269(EBB), a case included in the subject original settlement agreement in the above captioned case. A copy of that recent decision is attached in Attachment A.

                                    DEFENDANTS
                                    John Armstrong, et al.

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL


                            BY:      /s/
                                    Robert F. Vacchelli
                                    Assistant Attorney General
                                    110 Sherman Street
                                    Hartford, CT 06105
                                    Federal Bar #ct05222
                                    E-Mail: robert.vacchelli@po.state.ct.us
                                    Tel.: (860) 808-5450
                                    Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of December, 2004:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Robert F. Vacchelli
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General