United States District Court
District of Connecticut

FILED
2005 FEB -7 P 4:35
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis A. Lebron          :  (3:01 CV 241 (CFD))
       v                :
John Armstrong, Et al   :   Feb. 1, 2005

## MOTION TO WITHDRAW PLAINTIFF'S MOTION DATED MAY 8, 2004 TITLED, "MOTION REQUESTING JUDICIAL REVIEW" REGARDING THE ABOVE CAPTIONED CASE

The plaintiff Luis A. Lebron requests an order from the Court ordering the defendants to pay the plaintiff the money owed to him ($2,000) by the end of this month, February 28, 2005.

IN SUPPORT,

1. If the $2,000 owed to the plaintiff is deposited into his inmate account (as agreed to in the settlement) by Feb. 28, 2005, the plaintiff will drop with prejudice any pending motions in connection to all the cases involved in the settlement agreement.

2. The defendants failed to pay the plaintiff immediately after signing all the documents etc, and the Courts order of dismissal of the cases as defendants Counsel stated on his March 11, 2004 letter to the

plaintiff.

3. These cases resulted in a settlement between both parties, as such, the defendants should have payed the money owed soon after the Courts order of dismissal in connection to the settlement. The plaintiff should not have had to wait months or years for payment when it was implied that there would be immediate payment upon the Courts order of dismissal. As such, it was a breech of contract.

4. Should the $2,000 dollars be deposited in this plaintiffs account (prison account), this plaintiff will drop any motions pending in connection to this case and those mentioned in the settlement agreement as agreed to, BUT only if the TWO THOUSAND DOLLARS ($2000) is deposited in plaintiffs prison account by Feb. 28, 2005.

*Luis A. Lebron* #185091
Luis A. Lebron
MacDougall C.I.
1153 East St. South
Suffield, Ct. 06080

### Certification

I hereby certify that a copy of this motion has been mailed postage prepaid to the following on this 1 day of February 2005.

Robert F. Vacchelli
Mackenzie Hall
110 Sherman St.
Hartford, Ct. 06105

x *Luis A. Lebron* #185091