UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LUIS A. LEBRON | : | PRISONER |
| *Plaintiff*, | : | CIVIL NO. 3:01CV241 (CFD) (WIG) |
|  | : |  |
| v. | : |  |
|  | : |  |
| JOHN ARMSTRONG, ET AL. | : | FEBRUARY 10, 2005 |
| *Defendants*. |  |  |

### DEFENDANTS' MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION TO WITHDRAW

By pleading dated February 1, 2005, pro se inmate plaintiff asks the court to order the defendants to deposit $2,000 into his inmate account by February 28, 2005. If the money is deposited, he volunteers to "drop with prejudice any pending motions in connection to all the cases involved in the settlement agreement." Plaintiff's motion, p. 1. Defendants oppose the motion.

Plaintiff agreed to settle this case for $2,000, and the agreement was filed for court order by pleadings dated February 24, 2004. The court ordered the case dismissed pursuant to the agreement by order dated April 22, 2004. However, by pleading dated April 22, 2004, plaintiff sought to withdraw the settlement, apparently because he wanted darker tinted sunglasses. See, Plaintiff's Motion to Withdraw, Docket No. 71. Since then, he was filed numerous motions to undo or restate the settlement. See, Docket Nos. 69, 74, 78, 79, 81, 84, 86.

Defendants cannot agree to give plaintiff money in settlement while this case remains open. It is not a procedure which they could ordinarily be advised to agree to with anyone due to the risks of lack of finality. Nor would it be fair to order the defendants to be placed in such a situation, for the same reason. However, if plaintiff moves to withdraw all challenges to the

previously ordered settlement, with prejudice and without condition, and if he agrees to abide by the terms of the previously ordered settlement, and if the court approves and so orders the withdrawal, then, after receiving the court's order, the state will obtain and have a $2,000 check deposited in plaintiff's inmate account pursuant to the previously ordered settlement and will implement the remaining terms of the settlement, within the normal time in the normal course.

        DEFENDANTS
        John Armstrong, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: \_\_\_\_/s/_____
     Robert F. Vacchelli
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT 06105
     Federal Bar #ct05222
     E-Mail: robert.vacchelli@po.state.ct.us
     Tel.: (860) 808-5450
     Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of February, 2005:

Luis A. Lebron # 185091
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

        _____/s/_____
        Robert F. Vacchelli
        Assistant Attorney General